**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GOMES, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>     vs.<br><br>EVENTBRITE, INC., JULIA HARTZ, RANDY BEFUMO, KATHERINE AUGUST-DEWILDE, ROELOF BOTHA, ANDREW DRESKIN, KEVIN HARTZ, SEAN P. MORIARTY, LORRIE M. NORRINGTON, HELEN RILEY, STEFFAN C. TOMLINSON, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, SUNTRUST ROBINSON HUMPHREY, INC., and STIFEL, NICOLAUS & COMPANY, INCORPORATED,<br><br>                         Defendants. | Case No. 5:19-cv-02019-EJD<br><br>**[PROPOSED] ORDER DEEMING CASES RELATED AND ASSIGNING *ROBINSON* TO CASE NO. 5:19-CV-02019-EJD** |
| CHARLES ROBINSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>     vs.<br><br>EVENTBRITE, INC., JULIA HARTZ, RANDY BEFUMO, KATHERINE AUGUST-deWILDE, ROELOF BOTHA, ANDREW DRESKIN, KEVIN HARTZ, SEAN P. MORIARTY, LORRIE M. NORRINGTON, HELEN RILEY, STEFFAN C. TOMLINSON, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, SUNTRUST ROBINSON HUMPHREY, INC., and STIFEL, NICOLAUS & COMPANY, INCORPORATED,<br><br>                         Defendants. | Case No. 3:19-cv-03045 |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Charles Robinson in the case captioned *Robinson v. Eventbrite, Inc.*, No. 3:19-cv-03045 (the "*Robinson* Action") has filed Notice of Related Cases and the required Administrative Motion to Consider Whether Cases Should Be Related urging that the *Robinson* Action be deemed related to *Gomes v. Eventbrite, Inc.*, No. 5:19-cv-02019-EJD (the "*Gomes* Action"). Accordingly, the Court finds that the *Robinson* and *Gomes* Actions **ARE RELATED**, as defined by Civil L.R. 3-12. The Clerk of the Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials "EJD" immediately after the case number. All matters presently scheduled for hearing in the reassigned case are vacated and must be re-noticed for hearing before the undersigned.

DATED: _____, 2019

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1