Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOMES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVENTBRITE, INC., JULIA HARTZ, RANDY BEFUMO, KATHERINE AUGUST-DEWILDE, ROELOF BOTHA, ANDREW DRESKIN, KEVIN HARTZ, SEAN P. MORIARTY, LORRIE M. NORRINGTON, HELEN RILEY, STEFFAN C. TOMLINSON, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, SUNTRUST ROBINSON HUMPHREY, INC., and STIFEL, NICOLAUS & COMPANY, INCORPORATED,<br><br>Defendants. | Case No. 5:19-cv-02019-EJD<br><br>**CERTIFICATION PURSUANT TO LR 3-15**<br><br><u>CLASS ACTION</u><br><br>Judge: Edward J. Davila<br>Hearing Date: October 24, 2019<br>Time: 9:00 a.m.<br>Ctrm: 1-5th Floor (San Jose) |
| CHARLES ROBINSON, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff, | Case No. 5:19-cv-03045-EJD<br><br>CLASS ACTION |

1

CERTIFICATION PURSUANT TO LR 3-15 — Case No. 5:19-cv-02019-EJD

| | |
|---|---|
| vs.<br><br>EVENTBRITE, INC., JULIA HARTZ, RANDY BEFUMO, KATHERINE AUGUST-DEWILDE, ROELOF BOTHA, ANDREW DRESKIN, KEVIN HARTZ, SEAN P. MORIARTY, LORRIE M. NORRINGTON, HELEN RILEY, STEFFAN C. TOMLINSON, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, SUNTRUST ROBINSON HUMPHREY, INC., and STIFEL, NICOLAUS & COMPANY, INCORPORATED,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO LR 3-15**

Pursuant to Northern District Local Rule 3-15, the undersigned certifies that as of this date, other than the members of The Evenbrite Investor Group there is no such interest to report.

Dated: June 14, 2019                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

 /s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

[Proposed] Co-Lead Counsel for Plaintiffs and Class

3

CERTIFICATION PURSUANT TO LR 3-15 — Case No. 5:19-cv-02019-EJD

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On June 14, 2019, I electronically filed the following **CERTIFICATION PURSUANT TO LR 3-15** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 14, 2019.

                                                /s/ Laurence M. Rosen
                                                Laurence M. Rosen