COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
JEFFREY D. LOMBARD (285371) (jlombard@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
HEATHER SPEERS (305380) (hspeers@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendants
EVENTBRITE, INC., JULIA HARTZ, RANDY BEFUMO,
ANDREW DRESKIN, KATHERINE AUGUST-deWILDE,
ROELOF BOTHA, KEVIN HARTZ, SEAN P. MORIARTY,
LORRIE M. NORRINGTON, HELEN RILEY, and STEFFAN
C. TOMLINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re Eventbrite, Inc. Securities Litigation | Master File No. 5:19-cv-02019-EJD |
|---|---|
| | CLASS ACTION |
| | **DECLARATION OF HEATHER SPEERS IN SUPPORT OF EVENTBRITE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| This Document Relates To:  All Actions | Judge:    Hon. Edward J. Davila |
| | Crtm:    4, 5th Floor |
| | Date:    March 26, 2020 |
| | Time:    9:00 a.m. |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

I, Heather Speers, declare as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am an associate at Cooley LLP, counsel for defendants Eventbrite, Inc. ("Eventbrite" or the "Company"), Julia Hartz, Randy Befumo, Andrew Dreskin, Katherine August-deWilde, Roelof Botha, Kevin Hartz, Sean P. Moriarty, Lorrie M. Norrington, Helen Riley, and Steffan C. Tomlinson (with Eventbrite, the "Eventbrite Defendants") in the above-titled action.  I submit this declaration in support of Eventbrite Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (the "Motion to Dismiss").  I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct highlighted copy of Eventbrite's Prospectus Under the Securities Act of 1933 (Form 424B4) filed with the United States Securities and Exchange Commission ("SEC") on September 20, 2018, which forms part of the Registration Statement (collectively referred to in the Complaint and Motion to Dismiss as the "Registration Statement"). The Registration Statement is publicly available from the SEC on its website at http:www.sec.gov/edgar.

3.      Attached as **Exhibit B** is a true and correct highlighted copy of the JPM Securities report titled "*Eventbrite Solid 4Q, But Ticketfly Migration Pushed Into '19 to Weigh On 1Q & N-T Growth; Remain Neutral & PT to $27*" and published on March 8, 2019.[1]

4.      Attached as **Exhibit C** is a true and correct highlighted copy of the RBC Capital Markets report titled "*Eventbrite, Inc. More Ticket Troubles*" and published on May 1, 2019.

5.      Attached as **Exhibit D** is a true and correct highlighted copy of the transcript of Eventbrite's Earnings Call for the first fiscal quarter of 2019 ("Q1 2019"), which occurred on May 1, 2019.   The transcript is publicly available on Eventbrite's website at: https://s22.q4cdn.com/ 238770421/files/doc_financials/2019/final-050119-eventbrite-q1-2019-earnings-6835447.pdf

6.      Attached as **Exhibit E** is a true and correct highlighted copy of Eventbrite's Q1 2019 Shareholder Letter, attached as an exhibit to Eventbrite's Form 8-K filed with the SEC on May 1, 2019, and is publicly available from the SEC on its website at http:www.sec.gov/edgar.

---

[1] The Complaint incorrectly identifies this report as published on March 7, 2019.

**DECL. OF H. SPEERS ISO MOTION TO DISMISS
5:19-CV-02019-EJD**

**7.**      Attached as **Exhibit F** is a true and correct highlighted copy of Eventbrite's Form 10-K for the fiscal year of 2018 filed with the SEC on March 7, 2019, which is publicly available from the SEC on its website at http:www.sec.gov/edgar.

**8.**      Attached as **Exhibit G** is a true and correct highlighted copy of the transcript of Eventbrite's Earnings Call for the fourth fiscal quarter of 2018 ("Q4 2018"), which occurred on March 7, 2019.  The transcript is publicly available on Eventbrite's website at: https://s22.q4cdn.com/238770421/files/doc_financials/2018/Q4/Q4-2018-Earnings-Call_Corrected-Transcript_2019-03-07-23-42-12.pdf.[2]

**9.**      Attached as **Exhibit H** is a true and correct highlighted copy of Eventbrite's Q4 2018 Shareholder Letter, attached as an exhibit to Eventbrite's Form 8-K filed with the SEC on March 7, 2019, and is publicly available from the SEC on its website at http:www.sec.gov/edgar.[3]

**10.**      Attached as **Exhibit I** is a true and correct highlighted copy of the transcript of Eventbrite's Earnings Call for the third fiscal quarter of 2018 ("Q3 2018"), which occurred on November 12, 2018, is attached as an exhibit to Eventbrite's Form 8-K filed with the SEC on November 13, 2018, and is publicly available from the SEC on its website at http:www.sec.gov/edgar.

**11.**      Attached as **Exhibit J** is a true and correct highlighted copy of Eventbrite's Q3 2018 Shareholder Letter, attached as an exhibit to Eventbrite's Form 8-K filed with the SEC on November 13, 2018, which is publicly available from the SEC on its website at http:www.sec.gov/edgar.

**12.**      Between April 15 and August 23, 2019, five putative class action lawsuits (captioned *Gomes v. Eventbrite, Inc. et al.*, Case No. 5:19-cv-02019-EJD (N.D. Cal.), filed on April 15, 2019; *Long v. Eventbrite, Inc. et al.*, Case No. 19-CIV-02798 (Sup. Ct. of County of San Mateo) filed on May 24, 2019; *Robinson v. Eventbrite, Inc. et al.*, Case No. 5:19-cv-03045 (N.D. Cal.) filed on June 3, 2019; *Clemons v. Eventbrite, Inc. et al.*, Case No. 19-CIV-02911 (Sup. Ct. of County of San Mateo)

---

[2] The Complaint incorrectly defines this as the Q4 2019 Call (¶104), but later refers to it correctly as the Q4 2018 Earnings Call (¶106).

[3] The Complaint correctly defines this as the Q4 2018 Shareholder Letter (¶104), but later refers to it incorrectly as the Q4 2019 Shareholder Letter (¶105).

filed on June 3, 2019; and *Vallem v. Eventbrite, Inc. et al.*, Case No. 19-CIV-04924 (Sup. Ct. of County of San Mateo) filed on August 23, 2019) and were filed against the Eventbrite Defendants in federal and state court.

13.     The state actions, which have been consolidated, allege violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 based on purportedly misleading disclosures in Eventbrite's Registration Statement concerning the Ticketfly acquisition, integration, and migration. On November 1, 2019, the court heard oral argument on defendants' demurrer to the consolidated complaint, and sustained the demurrer with leave to amend.  State plaintiffs have until January 10, 2020 to file an amended complaint.

14.     Attached as **Appendix 1**, submitted solely for the Court's convenience, is a chart summarizing the statements challenged in Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on December 11, 2019 in San Diego, California.

Heather Speers