# Exhibit G

C Corrected Transcript

**FACTSET:call**street

07-Mar-2019

# Eventbrite, Inc. (EB)

Q4 2018 Earnings Call

Total Pages: 11
Copyright © 2001-2019 FactSet CallStreet, LLC

**Eventbrite, Inc.** *(EB)*
Q4 2018 Earnings Call

Corrected Transcript
07-Mar-2019

# CORPORATE PARTICIPANTS

**Stacey Finerman**
*Senior Director - Head of Investor Relations, Eventbrite, Inc.*

**Julia Hartz**
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

**Randy Befumo**
*Chief Financial Officer, Eventbrite, Inc.*

# OTHER PARTICIPANTS

**Heath Terry**
*Analyst, Goldman Sachs & Co. LLC*

**Shweta Khajuria**
*Analyst, RBC Capital Markets LLC*

**Youssef Squali**
*Analyst, SunTrust Robinson Humphrey, Inc.*

**Scott William Devitt**
*Analyst, Stifel, Nicolaus & Co., Inc.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good afternoon. My name is Chris and I'll be your conference operator today. At this time, I would like to welcome everyone to the Eventbrite, Inc. Fourth and Full-Year 2018 Earnings Conference Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer session. [Operator Instructions] Stacey Finerman, you may begin the conference.

## Stacey Finerman
*Senior Director - Head of Investor Relations, Eventbrite, Inc.*

Thank you, operator. Good afternoon, and welcome to the fourth quarter and full-year 2018 Eventbrite earnings call. Prior to this call we released our shareholder letter announcing our financial results. It can be found on our website at investor.eventbrite.com. Before we begin I would like to remind you that during today's call we will be making forward-looking statements regarding future events and financial performance including providing net revenue and non-GAAP adjusted EBITDA guidance for the first quarter of 2019. We caution that such statements reflect our best judgment as of today March 7th based on factors that are currently known to us and that facts – and that actual future – future events or results could differ materially due to several factors, many of which are beyond our control. For a more detailed discussion of the risks and uncertainties affecting our future results we refer you to the section titled forward-looking statements in our shareholder letter and our filings with the SEC. We undertake no obligation to update any forward-looking statements made during this call to reflect events or circumstances after today or to reflect new information or the occurrence of unanticipated events except as required by law. During this call, we will present adjusted EBITDA and free cash flow, both of which are non-GAAP financial measures.

These non-GAAP financial measures are not prepared in accordance with GAAP and have limited – limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results or operations as reported under GAAP. Reconciliations to the most directly comparable GAAP financial measures

# Eventbrite, Inc. *(EB)*
Q4 2018 Earnings Call

Corrected Transcript
07-Mar-2019

___

are available in our shareholder letter. We encourage you to read our shareholder letter as it contains important information about GAAP and non-GAAP results.

And now I'll turn the call over to Julia Hartz, Co-founder and Chief Executive Officer. Julia?

___

## Julia Hartz
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

Thank you, Stacey, and thank you all for joining us. 2018 was a year of heavy lifting and high achievement at Eventbrite. I'm proud of the work that team did particularly around strengthening the platform to serve our event creators and consumers' needs.

In 2018, we saw significant progress against our strategy. In the self sign-on acquisition channel, we took steps in the second half to drive volume growth through country launches and product capability expansion. Our two international acquisitions strengthen our focus on building global development teams and accelerate our ability to deliver product and platform solutions. Additionally, we have integrated more than 50 distribution partners that are enabled by our API, underscoring our focus on platform extensibility. And in music, we are migrating our global business onto one single platform. To this end, we made measurable progress on the Ticketfly integration and sunset the Ticketscript platform. We also launched Eventbrite Music, a solution specifically tailored for independent music venues and promoters. Each of these deliberate choices is about doing the hard work to grow the business in the right way.

For example, our strategy is to have affordable pricing that encourages creator adoption and consumer satisfaction rather than use price to drive near-term revenue growth. Our focus remains on building a business that will serve millions of creators a decade from now. And our decisions are focused on this goal post. Nowhere is this more evident than our Ticketfly acquisition. This was the largest acquisition we've completed to-date adding a significant amount to our revenue base, rather than deciding to operate the Ticketfly platform on its own, we made the decision to integrate Ticketfly onto the Eventbrite platform thus delivering the full power of both to independent music venues and promoters. This strategy also requires an intensive process where our team focuses on migrating existing customers as well as building platform enhancements.

While this strategy will impact revenues in the short-term as seen in our Q1 guidance, in the long-term, we believe building the leading global independent music platform will maximize our revenue and allow for a meaningful innovation. We believe the work we are undertaking this year to bring our North American music business on to a single global platform will pay off for many years to come.

In 2019, it's important for us to balance this migration work with our goal of enabling more creators globally to successfully sell more tickets. To do this in 2019, we will focus on transactional volume growth, product innovation, and platform extension. One example of how we are executing against these goals and our recent investment in global expansion. So far this year, we've launched in two fast growing markets Mexico and Singapore. Investing internationally allows us to better serve creators like the Singapore American School highlighted on the cover of our shareholder letter.

Similar to our own values at Eventbrite, the school encourages students to explore, take risks, innovate, be creative and choose excellence. Since joining Eventbrite in 2017 they have processed more than 6,000 tickets and sold out nearly every show in advance.

Our platform approach will also be key to driving growth this year. We specifically built the Eventbrite platform to be modular and extensible, leveraging the next-generation cloud-native architecture. These characteristics benefit

___

# Eventbrite, Inc. *(EB)*
Q4 2018 Earnings Call

 Corrected Transcript
07-Mar-2019

our business in multiple ways. As noted in our letter, our native checkout capability not only powers our distribution partnerships, it also enables creators to sell tickets seamlessly on their own websites and app.

The experience of Golden Gate Restaurant Association, a local San Francisco creator demonstrates the power of native checkout. Eventbrite powers their annual flagship event Eat Drink SF. Not only do they rely on native distribution capabilities, but they also use native checkout powered by Eventbrite on their own official website. Combined, these Eventbrite capabilities accounted for 43% of their tickets in 2018.

To summarize, our 2018 team performance sets the stage for a strong momentum in 2018 and beyond. Our vision is to spark human connection by powering the global platform for live experiences. In 2019 we are focused on the following: scaling the ticketing business; building a leading solution for independent music; and launching a new markets around the world.

With that, I will turn the call over to our CFO, Randy Befumo to briefly discuss our financial results and outlook before turning to your questions. Randy?

## Randy Befumo
*Chief Financial Officer, Eventbrite, Inc.*

Thank you, Julia. As a reminder the full details of our results are available in our shareholder letter. I will now briefly touch on the financial highlights for the fourth quarter as well as our expectations for the first quarter of 2019, unless otherwise noted all comparisons will be on a year-over-year basis.

Net revenue grew to $76 million in the fourth quarter up 21%, reflecting strong growth on the Eventbrite platform, specifically self-signed on an international, mitigated by migration challenges in the North American music business. Adjusted EBITDA was $7.3 million in the fourth quarter, a [ph] $7.8 million (00:08:39) improvement over the same period in the prior year.

These results reflect our ability to scale our business without requiring significant cost increases within an incremental adjusted EBITDA margin of 59% in the quarter. It is this powerful leverage that ensures we can continue to aggressively fund growth initiatives, while moving toward our goal of GAAP EBITDA breakeven.

For the first quarter, we expect net revenue in the range of $80 million to $84 million representing 10% year-over-year growth at the midpoint. At the highest level, this number is likely surprising to many of you given our 21% growth in the fourth quarter. Beneath this number is strong growth in self sign-on in international. We have seen 20% plus ticket volume growth quarter-to-date and strong uptick of our solutions business in the sales unit.

I encourage you to think about the components of our business, as well as the aggregate revenues when considering both current and future performance. Our financial scale at close to $300 million of revenues in 2018 allows us to reinvest more in the business to drive growth, spending on product development to fuel innovation, extending our lead over our competitors. This is our long-term strategy. For the first quarter, we expect adjusted EBITDA to be in the range of $4 million to $8 million, representing a 7.3% adjusted EBITDA margin at the midpoint.

Of note, this does not include the impact of taxes related to option exercises we anticipate in the fourth quarter when the lockup expires. We deemed this a non-recurring effect and plan to back it out of adjusted EBITDA. We expect our margins in the first quarter to be in-line with 2018 because we're focusing on continuing to grow our product development investments, while we are developing against our global platform to create advanced event management capabilities. Further in the short-term, additional costs related to acquire platforms will weigh on our




margins. In the long-term, we expect to see significant operating leverage in numerous areas including general and administrative expenses, offset by continued investment in product development.

Two final notes for those building models. First, this guidance assumes normal seasonal trends. As a reminder, we have more events on sale than paying out in the first and third quarters, and so generate more cash flow. Additionally, we have more events being paid out rather than on sale in the second and fourth quarters, which has the opposite effect.

Second, as of the end of the quarter, our fully diluted share count was 78.242 million shares. Because the company is operating in a net loss from a GAAP standpoint, fully diluted shares are equal to basic shares. If we were in a profit position, we would include approximately 16.5 million additional shares from in the money options and restricted stock units bringing total shares outstanding to around 95 million shares. We hope these points are helpful in thinking about our business and our opportunity. With that we will open the call to questions. Operator?

# QUESTION AND ANSWER SECTION

**Operator**: [Operator Instructions] Your first question is from Heath Terry with Goldman Sachs. Your line is open.

Heath Terry                                                                                             Q
*Analyst, Goldman Sachs & Co. LLC*

Great. Thanks. Julia, wondering if you could just give us a bit of an update on the adoption that you're seeing within Eventbrite Music, realize it's still early on and there's a lot of transition there, but just what kind of – what you're trying to get out of the combination of the platform and what from a product capability that gives you. And then Randy, as you know as we think about that 10% number in Q1, I know you did a little bit of a breakdown but to the extent that there's a better way to look at sort of the core growth within Eventbrite whether it's just the eventbrite.com revenues or another way that you could frame that – that would be helpful.

Julia Hartz                                                                                             A
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

Thanks, Heath. So in terms of Eventbrite Music, as you know we launched our independent music and promoter solution in the fourth quarter of last year and anecdotally what we're seeing in both the existing Eventbrite Music customers as well as the migrated Ticketfly Music customers is a very strong growth. So we're happy about what we're seeing in terms of those who have adopted the solution and the qualitative feedback is strong. The benefit of the feedback loop as we're continuing to make product enhancements to fit the needs of the music clients that are still on the legacy Ticketfly platform is beneficial to us. We expect that we'll be completed with that product enhancement work in the second quarter of this year and that really puts us into the second half of 2019 as we think about completing our integration work as well as sun-setting the Ticketfly platform. So I say there's two tracks as you queue – as you astutely pointed out, which is the overall growth of Eventbrite music, thanks to this new solution and we're very happy with the results we're seeing there. And then on the migration side, we're taking a very methodical approach. So, as we've begun to understand these music client needs better, we understand that they have high volume businesses that are impacted by seasonal trends and there are certain moments in the year that is more convenient for them to be able to migrate to the Eventbrite platform, and we're being mindful about that. We're working with them hand-in-hand to make sure that their migration is successful, and they don't skip a beat in growing their business.

# Eventbrite, Inc. *(EB)*
Q4 2018 Earnings Call

**C** Corrected Transcript
07-Mar-2019

## Randy Befumo
*Chief Financial Officer, Eventbrite, Inc.*

A

Hey, Heath. To your question how to dimensionalize or think about the 10% revenue growth in the first quarter; I mean I guess emphasized part of the prepared remarks and try to give some context around that. So as you know as you look at our business, we have this wonderful channel where customers sign themselves up. At the time of the offering, it was 54%. It's been growing faster than sales channel and so it's grown since then, that quarter-to-date we're seeing along with international 20% plus volume growth. And so, for us because we're not capturing material price in Q1, volume growth is consistent with revenue growth, which is why we included the supplemental one-time disclosure.

You can imagine then the rest of the business, North American music, which we've been talking about and sales is growing below that rate. North American Music, the story really there and our learning in the migration process is that if you're timing your activities to align with the creators, it requires some patience and if you have a team that you're asking to focus on those creators first and foremost, there's growth consequences. They just aren't spending as much time growing the business.

And so what we're seeing right now in North American Music is relatively modest growth because the team is focused on doing the right thing by the creators on the platform. We believe that as we exit this period, we will see much better growth rates and have already had inclinations of what this will be like because we are winning customers who were never on Eventbrite or Ticketfly to start with and that growth rate is very promising. In addition as Julia mentioned, this is the product that we can take globally and many of the capabilities we're building for venues extend well beyond music venues into a variety of other areas.

Lastly, our North American sales business by reduction you could imagine, it's somewhere between the two. And that's where if you take all that together, you come up with the 10% at the midpoint.

## Julia Hartz
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

A

Thank you, Heath.

**Operator:** Your next question is from Mark Mahaney with RBC Capital Markets. Your line is open.

## Shweta Khajuria
*Analyst, RBC Capital Markets LLC*

Q

Great. Thank you. This is Shweta for Mark. You called out three things for growth. One is volume. Second is product. And third is platform extension. Can you talk a little bit more about – you touched upon international markets in your prepared remarks, can you talk a little bit more about that. So my question is how much have you deployed in EPP, you called that out in your letter in terms of your international markets and is that your primary strategy for international markets or is it more than just payments and EPP expansion. And second is on platform extension, what did you mean by that? Thank you.

## Julia Hartz
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

A

Thank you, Shweta. So in terms of our international markets, we have primarily taken the strategy of deploying EPP to these new or to these emerging markets rather. When we look at our our global business, we've consistently sold tickets in over 170 countries year-over-year consistently.


And so for instance in Singapore since inception, we've powered over 90,000 events and almost 5 million tickets, so what that does for us when we localize is it gives us the benefit of the customer data to understand where the platform is being used organically, as well as consumer preferred payment methods that we may not currently offer on our platform.

So through our payment service or as you as you call the EPP, we're able to localize for consumer preferred payment method. One example of that is in our Mexico launch we're introducing the capability for consumers to pay in cash for their event tickets at OXO convenience stores, and that's fully enabled by our platform. So that should give you an idea of how we're thinking about localizing payments, which is really the next step for us. First, we have the organic adoption of the platform. Then we localize our payment method. And for us really in this stage for Mexico and Singapore, we're also localizing our content on the local TLD. So we're creating that experience where creators can learn more about of Eventbrite in their local language and consumers are being marketed to as well in a localized format.

---

## Randy Befumo
*Chief Financial Officer, Eventbrite, Inc.*



A

Shweta on the platform extension front, what we mean is that as highlighted in the shareholder letters, capabilities like our native purchase flow where essentially we allow third parties to use the payment processing technology, we have built in a variety of ways we believe has a positive impact of growth in this case because of the introduction of incremental demand. Not all of our platform capabilities drive incremental demand, but what our modular extensible architecture allows us to do is take something we've already built, and put it into new different context without having to rebuild it. And even more importantly allowing third parties to use the same underlying technology to solve their challenges, which we believe ultimately helps Eventbrite as an ecosystem grow even larger.

Hopefully that helps you on the platform extension front.

---

## Shweta Khajuria
*Analyst, RBC Capital Markets LLC*

Q

Yes. Thank you both.

---

**Operator**: Your next question is from Youssef Squali with SunTrust. Your line is open.

---

## Youssef Squali
*Analyst, SunTrust Robinson Humphrey, Inc.*

Q

Thank you very much. Couple of questions. Going back to the Q1 guide, Randy, I was just wondering if you can just help us understand the speed with which the integration and the migration of Ticketfly has been going relative to your own expectations, and how that has played maybe a role in maybe slowing that growth rate assuming that's going to reaccelerate after Q2.

And then G&A saw a big step up in spend in Q4, I was just wondering what the drivers there were and how do you see that trending throughout 2019? Thanks.

---

## Randy Befumo
*Chief Financial Officer, Eventbrite, Inc.*

A

# Eventbrite, Inc. *(EB)*
Q4 2018 Earnings Call

 Corrected Transcript
07-Mar-2019

Hey, Youssef. Thanks for the questions. On the first front, how has Ticketfly impacted our growth rates and have we – what have we seen relative to our expectations. As Julia mentioned in the prepared remarks, it's the largest acquisition we've done to date. And what we've learned along the way is that serving creators in this migration context takes time. It takes a deliberate approach, because your odds of maintaining the creator are – and their trust are heightened if you are migrating along a timeline that makes sense for their business. And so, we certainly relative to where we were talking over the summer of last year have taken longer than we planned, but we believe we're doing the right thing by both the creator and in service to the long-term business. Certainly, we could run it as a side platform, not capture any synergies and have better growth optics, but we believe that would fragment our development capability and dramatically reduce the rate of innovation of Eventbrite, which we believe is the most critical strategic consideration for our business.

As it relates to G&A, well, in some ways there was a step up at least as I look at it in the fourth quarter G&A actually was down 2.7% year-over-year and fell almost 700 basis points year-over-year to 31.4% of revenues. Again we've talked about in the past, there's a lot that's going on in G&A, a big part of that is our resolution of sales tax in the appropriate way for us to collect it with the various state and local authorities, as you'll see from the 10-Q, when you get to dig into it, we've made a lot of progress on that front and we believe that that progress will manifest in part in G&A scaling in the next year or two.

---

### Youssef Squali
*Analyst, SunTrust Robinson Humphrey, Inc.*

**Q**

Okay. Thank you.

---

### Randy Befumo
*Chief Financial Officer, Eventbrite, Inc.*

**A**

Does address your questions?

---

### Youssef Squali
*Analyst, SunTrust Robinson Humphrey, Inc.*

**Q**

Yeah. Yeah. No, it does. Oh, and then maybe just very quick. The insurance recovery, I think, you guys had recorded a $3.1 million, where was that recorded, is that – was the recorded in revenue.

---

### Randy Befumo
*Chief Financial Officer, Eventbrite, Inc.*

**A**

The contra expense in G&A. So it's basically a negative expense in G&A as the way we've learned, insurance recoveries work from a GAAP accounting standpoint. Keep in mind that gain is basically offsetting the contra revenue we had in the second quarter of last year.

---

### Youssef Squali
*Analyst, SunTrust Robinson Humphrey, Inc.*

**Q**

Got it. Thank you.

---

**Operator**: Your next question is from Doug Anmuth with JPMorgan. Your line is open.

---

**Q**

---

# Eventbrite, Inc. *(EB)*
Q4 2018 Earnings Call

 Corrected Transcript
07-Mar-2019

Hi, this is [indiscernible] (00:24:49) on for Doug. Thanks for taking the question. A follow-up on your three key priorities in 2019, I think you gave good examples of what you did in 2018, but could you talk a little bit more about the areas where you see opportunities and are most excited about in the 2019? And then on your localization strategy, Singapore and Mexico, why now, and what made these markets unique to get a localized platform? And could you help us understand what characteristic you look for in the markets for your large localized platforms?

---

### Julia Hartz
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

A

Absolutely. Thank you for the questions. So when we look forward to 2019, I personally am particularly excited about our market expansion. And I'll talk more about the unique opportunities we look for in our market expansion in a minute. I'm also excited to continue to lean into the durable growth that our self sign-on creates. I think that Eventbrite is uniquely positioned to serve the needs of many different creators on one platform. And so when we look at our community of creators of almost 800,000 and selling tickets to almost 4 million events, I think the Eventbrite self sign-on capability and our self-service platform will continue to compound in strength over the years to come. And finally, I'm also excited in 2019 for us to continue to bring to the music market a unique platform to meet the independent music venue and promoter needs. We are – I believe the largest independent music platform and will continue to grow in strengths as we turn our attention from North America growth also to our global markets.

And then finally, I would say that we have an opportunity to bring to event creators in every category, non-ticketing solutions that help them grow their businesses faster. And you'll see in our 10-K that we're making a considerable investment of almost $18 million in the last year towards these solutions. And as we continue to ideate and validate and finally bring these solutions to the market, that will continue to help us compound not only the value that we give our creators but also our revenue growth.

On Singapore and Mexico in particular these are two new markets that we've launched recently with plans to continue to expand into more markets. When we look at the data that we had captured on our platform again by serving these countries in a non-localized manner organically over the last several years. We're able to understand the patterns of that organic adoption as it relates to specific categories, as well as creators. When we go in and we gather deep creator data from qualitative feedback, we're also able to understand the capability needs of those creators. So we look at the viability to meet those needs successfully, as well as the viability of localizing payment methods for consumers. And we also take into account of course GDP and population growth. Both in Singapore and Mexico are quite different in those respects, by population both have really strong secular live experience growth that we believe in the mid-market specifically presents a unique opportunity for Eventbrite. So when we look across the matrix of how we rank our next market expansion opportunities, those are some of the factors that we take into consideration and I think we also benefit from the data that we've collected from past usage of our platform in those countries.

---

Q

Thank you for the color.

---

### Julia Hartz
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

A

Thank you.

---

# Eventbrite, Inc. *(EB)*
Q4 2018 Earnings Call

**Operator**: Your next question is from the Scott Devitt with Stifel. Your line is open.

---

## Scott William Devitt
*Analyst, Stifel, Nicolaus & Co., Inc.*



Q

Hi, thanks. I have two questions. The first one I don't want to ask something that's already been answered, but just following up on – on localization, you generate 30% of revenue from international and I was wondering if we just talk more broadly about how many of the international markets that you're serving are localized in and how to think about localization as a factor in terms of driving growth when you transition a market to localized? And then secondly, Eventbrite is licensing software to some other ticketing platforms I think recently announced a deal with Goldstar and I'm just wondering how big of an initiative the licensing is for the company.

---

## Julia Hartz
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*



A

Thank you Scott. So the follow-up question on localization prior to our two new market launches we had offered 18 markets localized solutions in payments and content. And so this is measurable growth upon the existing market. And, again, we'll continue to look to expand to new markets this year and beyond. For us this is the next step in localization and well that growth will compound over time. It will take a couple of quarters to see the ramp in terms of net revenue growth and we will look for signals in which we can continue to strengthen our go-to-market approach. As a brief refresher, our – especially our self sign-on channel which is what we're really optimizing in these new market launches today grows by largely word of mouth, SEO and our unique content that we create in-house that drives creator awareness. So we expect to see those tactics produce measurable results for us and are fairly low hanging fruit in terms of effort to resolve.

---

## Randy Befumo
*Chief Financial Officer, Eventbrite, Inc.*

A

Hey, Scott. It's Randy. On the Gold Star front, just to be clear, Gold Star is a wonderful platform that helps creators drive incremental demand, serving roughly 5,000 creators in the United States. Jim and Robert, two of the co-founders have built a platform that that helps those creators find both full price in discount, incremental demand for their events, many of those creators are midmarket creators, who sometimes are in need of a new ticketing solution and what our deal is struck on in this dimension is really to create a way if they find a creator who they think would be well served and successful on Eventbrite for us to be able to bring that creator onto Eventbrite to benefit from the deeper and more connected integration Eventbrite has with Goldstar than many of their other alternatives in the market. We also work with Goldstar and distribution and some other fronts. So it's a multifaceted relationship and look forward to growing with them for many years to come. We aren't licensing software to them directly, however, and generally have not taken a licensing approach to software. We have a platform that allows others to build on what we've built and are certainly thinking about different ways to benefit from that platform over time. For instance in Argentina we have a large customer called Autoentrada that has been using Eventbrite to handle online sales while they use their legacy systems to handle offline sales in retail and at the box office. We see many incumbent systems, not necessarily as competitors, but potential partners who can benefit from different components of Eventbrite and look forward to updating you on this effort as time goes on.

---

## Scott William Devitt
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Thank you.

---



# Eventbrite, Inc. *(EB)*
Q4 2018 Earnings Call

 Corrected Transcript
07-Mar-2019

---

**Operator:** And there are no further questions at this time. I would now like to turn the call back over to Julia Hartz for closing remarks.

---

## Julia Hartz
*Co-Founder, Chief Executive Officer & Director, Eventbrite, Inc.*

Thank you all for your participation in today's call.

---

**Operator:** Thank you.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2019 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

# Exhibit H

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**FORM 8-K**

_____

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event Reported): March 7, 2019**

_____

# EVENTBRITE, INC.

(Exact Name of Registrant as Specified in Charter)

_____

| **Delaware** | **001-38658** | **14-1888467** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**155 5th Street, 7th Floor**
**San Francisco, California 94103**
**(415) 692-7779**

**(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)**

**Not applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

_____

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02      Results of Operations and Financial Condition**

On March 7, 2019, Eventbrite, Inc. (the "Company") issued a press release and Shareholder Letter (the "Letter") announcing its financial results for the fourth quarter and fiscal year ended December 31, 2018. A copy of the issued press release and the Letter are attached hereto as Exhibit 99.1 and Exhibit 99.2, respectively, and each of the press release and Letter are incorporated herein by reference.

In the Letter, the Company also announced that it would be holding a conference call on March 7, 2019 at 2:00 p.m. Pacific Time to discuss its financial results for the fourth quarter and fiscal year ended December 31, 2018. A copy of the unofficial transcript of the conference call will be available after the call on the Company's investor relations website https://investor.eventbrite.com.

The Company is making reference to non-GAAP financial information in both the Letter and the conference call. A reconciliation to these non-GAAP financial measures to their nearest GAAP equivalents is provided in the Letter.

The information furnished pursuant to Item 2.02 of this Form 8-K, including Exhibits 99.1 and 99.2 attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the `"Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any other filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01      Financial Statements and Exhibits**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release, dated March 7, 2019. |
| 99.2 | Shareholder Letter for the period ended December 31, 2018. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: March 7, 2019                                        EVENTBRITE, INC.

By:    /s/ Julia Hartz
                                                            Julia Hartz
                                                            Chief Executive Officer

# eventbrite

# Q4 2018 Shareholder Letter

March 7, 2019

investor.eventbrite.com



Singapore American School
Singapore

## Business Highlights:

# 2018 at a Glance

   

| 3.9M events Up 28.9% YoY | 795,000 creators Up 13.1% YoY | 265M tickets issued Up 33.0% YoY | 100% retention rate on gross ticket fees Up from 97% in 2017 [1] |

### Fourth Quarter Business Highlights

- In the fourth quarter of 2018, Eventbrite showed another quarter of strong net revenue and paid ticket growth:

  » **Net revenue** grew 21.1% year-over-year to $75.9 million.

  » **Paid tickets** grew 17.6% year-over-year to 26.7 million.

- International product capabilities improved, and as a result, paid tickets grew by 33.0% internationally compared to the fourth quarter of 2017.

- Eventbrite continues to ramp native checkout, allowing creators to enable transactions directly on their website, which is currently used by 8,200 creators for 18,700 events.

- Progress was made on the migration of Ticketfly and we anticipate concluding this migration and sunsetting the platform in the second half of 2019.



Featured on our cover is the Singapore American School which is focused on engaging students through exploration, risk-taking, innovation, creativity and excellence. They have four theatre spaces where they host both free and paid events throughout the year. Since joining Eventbrite in 2017, they have processed more than 6,000 tickets.

**"Since moving to Eventbrite, we have sold out nearly every show in advance."**

- Corey Gillam, Schoolwide Theater Coordinator (Singapore)

[1] To obtain our retention rate, we determine (i) the gross ticket fees generated by all creators in the year prior to the year of measurement (Prior Year Gross Ticket Fees) and (ii) the gross ticket fees those same creators generated in the year of measurement (Measurement Year Gross Ticket Fees). We calculate our retention rate for a measurement year by dividing the Measurement Year Gross Ticket Fees by the Prior Year Gross Ticket Fees. Fees associated with the sale of tickets on our platform are gross ticket fees, which are the total fees

## To Eventbrite Shareholders:

### Fourth Quarter 2018

Eventbrite's fourth quarter showcased our ability to deliver sustainable growth while driving operating leverage. **Net revenue** grew 21.1% on a year-over-year basis, or $13.2 million, to $75.9 million in the fourth quarter, due in large part to a 17.6% increase in paid tickets to 26.7 million. At the same time, our **operating loss** was $9.3 million in the fourth quarter, a $5.3 million year-over-year improvement. This led to **Adjusted EBITDA** of $7.3 million in the fourth quarter, a $7.8 million improvement over the same period the prior year [2]. This increase highlights our ability to scale our business without a significant cost increase, with an incremental Adjusted EBITDA margin of 59.1% in the quarter.

Our 2018 performance sets the stage for strong momentum in 2019. We are focused on three key priorities to drive financial results: transactional volume, product innovation and platform extension. Success in these areas will enable us to better serve creators and consumers around the world and ultimately grow revenue. Our self-service and platform-driven approach to ticketing will enable us to continue to make significant investments in product innovation while generating both sustainable growth and operating leverage.



Heineken Nederland B.V. produces De Vrienden van Amstel LIVE, one of the largest reserved seating music festivals in the Netherlands. Since joining the Eventbrite platform in 2017, they have sold nearly 350,000 tickets.

**"Through solutions like [Eventbrite's] integrated checkout, we can strengthen our brand, while simplifying the purchase experience."**

- Yvonne de Liefde, Head of Sponsorships (Netherlands)

[2] Adjusted EBITDA is a financial measure that is not calculated in accordance with U.S. generally accepted accounting principles ("GAAP"). See the section in this letter titled "About Non-GAAP Financial Measures" for information regarding Adjusted EBITDA, including the limitations of such measure, and see the end of this letter for a reconciliation of Adjusted EBITDA to the most directly comparable GAAP measure.

## Driving Transaction Volume by Expanding Our Global Footprint

During our first decade, we grew our platform to enable events in more than 170 countries. We continue to see an opportunity to broaden and deepen our substantial global footprint by enhancing our product. Our ability to do this stems from our modular and extensible platform that we tailor to be market-specific. In 2018, international net revenue reached 27.4% of our overall net revenue, a testament to our ability to scale our business worldwide.

Because people from all over the world sign up to use our platform, we have robust data to inform our decisions about where to deploy product resources to enhance creator and consumer experiences. This approach allows us to solve critical issues for creators in different markets.

We launched the following efforts to enhance international growth in 2019 and beyond:

- We added a new payment provider, **Mercado Pago**, to deliver an improved payment experience for consumers and creators in Latin America as well as support new payment methods that are widely used in a variety of local markets. For example, Mercado Pago will allow us to better support installment payments, which are popular in Brazil and Argentina.

- We launched enhanced functionality in two fast-growing markets: **Mexico** and **Singapore**. In each location, we deployed our proprietary Eventbrite Payment Processing (EPP) capabilities in local currency, along with numerous features to enhance the creator and consumer experience.



Garzón Productions produces and organizes concert events throughout Argentina. Through the adoption of Eventbrite's Organizer App, coupled with Mercado Pago, they have been able to provide a better check-in experience for attendees and sell more tickets.

**"Eventbrite's change to Mercado Pago allows us… to have more options for ticket sales, in which the user can choose alternatives for local, national or international use."**

- Hernán Garzón, Owner (Argentina)

## Advancing Product Innovation with a Platform Approach

We built the Eventbrite platform to be modular and extensible. Our platform APIs, design system and modular components are the building blocks that our internal teams and external developer partners use to build great solutions. As a result of this structure, platform components can be reimagined to build additional creator tools, thereby having a future value that is larger than their original use case.

In our last letter, we highlighted our native distribution capability, which allows consumers to purchase tickets through distribution partners without ever leaving the partner's site. Using the same native distribution technology, we built native checkout to allow consumers to purchase tickets without leaving the creator's site, creating a seamless experience without redirects or vouchers that need to be redeemed elsewhere. This allows creators to take advantage of Eventbrite's powerful ticketing platform while maintaining their branded presence. Although the product has only been in use for a little more than a year, it is currently being used by 8,200 creators for 18,700 events.



The Golden Gate Restaurant Association's mission is to celebrate and empower the restaurant community through advocacy, education, marketing, events and training. Eventbrite helps power one of their annual flagship events, Eat Drink SF, where native checkout technology embedded on their official website processed 43% of tickets in 2018.

**"Leveraging [Eventbrite's] native checkout technology through our own website, as well as [their native distribution experience on] Facebook, has been hugely helpful ... We rely on Eventbrite's great customer service, robust tutorials and a clear understanding of what event organizers (and event goers) need to create a smooth purchase process."**

- Yuliya Patsay, Director of Marketing (San Francisco, CA)

## Financial Discussion

All financial comparisons are on a year-over-year basis unless otherwise noted.  Complete financial tables can be found at the end of this letter. Note that all metrics in the fourth quarter were impacted by the anniversary of the Ticketfly acquisition which occurred in September of 2017.

### Net Revenue

Net revenue reached $291.6 million in 2018, a 44.7% increase from $201.6 million in 2017. Full-year net revenue growth was bolstered by several acquisitions, increasing our leadership position in the global mid-market.

For the fourth quarter, net revenue grew by 21.1% to $75.9 million.




Net Revenue [3]:

- Global self sign-on gross ticket fees (GTF) grew 30.4% in the period, benefiting from the impact of pricing changes that ramped up during the fourth quarter of 2017.

- International net revenue grew by 23.3% to $21.0 million. Adjusted for currency fluctuation impact of $1.0 million, growth would have been 29.1% in the quarter.

- The North American music business grew modestly year over year as we lapped the Ticketfly acquisition and faced headwinds on migration in music.

### Paid Tickets

For the full year, **paid tickets** grew to 97.3 million in 2018, a 36.9% increase from 71.0 million in 2017. In the fourth quarter, paid tickets grew by 17.6% to 26.7 million compared to 22.7 million in the fourth quarter of 2017.




Paid Tickets [3]:

[3] Percentages represent year-over-year growth.

For the full year, net revenue per paid ticket was $3.00, compared to $2.84 during 2017. For the fourth quarter, net revenue per paid ticket was $2.84 per ticket, compared to $2.76 in the same period last year. Strong adoption of the Professional package, pricing discipline in Sales and increased attach rates for EPP contributed to the benefit.

## Gross Profit

For the full year, **gross profit** was $171.0 million, a 42.5% increase compared to 2017. This represents a 58.6% gross margin compared to 59.5% in 2017. Gross profit increased to $44.7 million in the fourth quarter, a 19.7% increase from the prior year, representing a 58.9% gross margin. For the full year and fourth quarter of 2018, Eventbrite recorded $10.9 million and $2.8 million, respectively, within cost of revenues for amortization expense related to the Ticketfly platform. We anticipate improvement in reported gross margins in 2019 due to cessation of this expense, as the underlying asset was fully amortized at year-end.



Gross Margin [3] :

## Operating Expenses

On a full-year basis, **operating expenses** grew to $209.6 million, a 36.7% increase year over year. Operating expenses for the full year were 71.9% of net revenue compared to 76.1% in 2017. For the fourth quarter, operating expenses grew to $54.0 million, up 3.9% year over year. Operating expenses in the quarter were 71.1% of net revenue compared to 82.9% in the fourth quarter of 2017.

- **Product development** expense for the year was $46.1 million, an increase of 50.5% from 2017. In the fourth quarter this spend increased 37.1% year-over-year to $13.4 million, or 17.7% of net revenue, up from 15.6% in the prior year. This increase was driven by the expansion of engineering, product and design personnel across our global network of creative hubs. We expect that the addition of our Madrid and Vancouver creative hubs in 2018 will contribute to higher product

development expenses in future periods.

- **Sales, marketing and support** spend for the full year was $69.8 million, an increase of 26.5% compared to 2017. In the fourth quarter, this expense declined 5.2% year-over-year to $16.7 million, or 22.0% of net revenue, down from 28.1% the prior year. We have seen leverage in our global demand generation and marketing infrastructure. We will continue to invest to grow through self sign-on and sales globally.

- **General and administrative** expenses for the full year were $93.8 million, an increase of 38.8% from 2017. For the fourth quarter expenses decreased by 2.7% year-over-year to $23.9 million, or 31.4% of net revenue, down from 39.1% the prior year.

## Adjusted EBITDA

**Adjusted EBITDA** was $28.8 million in 2018, up from $4.2 million in 2017. The combination of organic and acquired growth led to an Adjusted EBITDA increase of $24.6 million year-over-year against a net revenue increase of $90.0 million over the same period, a 27.3% incremental Adjusted EBITDA margin. Our Adjusted EBITDA was $7.3 million in the fourth quarter, up from negative $0.5 million in the fourth quarter of 2017.



Adjusted EBITDA:

| | $9M | | $11M | $7M |
|---|---|---|---|---|
| ($1M) | | $1M | | |
| Q4 2017 | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 |

As disclosed in our third-quarter shareholder letter, these results were positively impacted by insurance recoveries related to the Ticketfly data security incident. We recognized an additional $3.1 million in insurance proceeds in the fourth quarter.

While we expect continued insurance recoveries in 2019, with $6.6 million of recoveries recorded to date, we believe we have received the majority of the anticipated benefit and expect the absolute level to taper off.

## Balance Sheet / Cash Flow

Cash and cash equivalents at the end of the fourth quarter were $437.9 million, up from $189.0 million at December 31, 2017. This cash balance was positively impacted by the capital raised in our recent initial public offering, partially offset by expenses related to paying off our legacy debt facility.

Outside of these specific transactions, our cash flow followed a seasonal pattern. We have historically built cash in the first and third quarters, as there are more events created and on sale than completions, and have historically paid out cash in the second and fourth quarters as this pattern reverses.

Beyond cash, we receive funds for ticket sales from the credit card networks within five business days, in addition to a balance of creator advances that are recouped from either gross ticket sales or royalties. We net out the accounts payable to creators, as this is money we hold on behalf of creators. Therefore, in order for management to better assess our available liquidity at year end, we take cash of $437.9 million add $58.7 million in funds receivable and $21.3 million of creator advances, and net this against $272.2 million of our accounts payable to creators [4]. This results in $245.7 million in liquidity at December 31, 2018.

Free cash flow for the year ended December 31, 2018, was negative $5.5 million, compared to positive $21.1 million for the year ended December 31, 2017 [5]. As described in the third quarter, the working capital acquired in the Ticketfly acquisition positively impacted our free cash flow in 2017. The fourth quarter outflow in cash was consistent with prior periods and did not materially change the trailing twelve-month results. We focus on trailing twelve-month free cash flow and its growth in order to remove the seasonal impact from the underlying trend.

| Available Liquidity | ($ in thousands) |
|---|---|
| Cash | $437,892 |
| Funds receivable | +58,697 |
| Creator advances | +21,255 |
| Accounts payable, creators | -272,201 |
| Available liquidity | $245,643 |

**TTM Free Cash Flow**



|  | Q4 2017 | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 |
|---|---|---|---|---|---|
|  | $21M | $29M | $13M | ($6M) | ($6M) |

[4]  For purposes of calculating liquidity, creator advances consists of the current portion of the account balance as of December 31, 2018.

[5]  Free cash flow is a financial measure that is not calculated in accordance with GAAP. See the section in this letter titled "About Non-GAAP Financial Measures" for information regarding Free Cash Flow, including the limitations of such measure, and see the end of this letter for a reconciliation of Free Cash Flow to the most directly comparable GAAP measure.

## Migration Update

Since we last updated you, we have made substantial progress toward integration and migration of Ticketfly creators. We made a deliberate decision when we acquired the company to integrate it into the Eventbrite platform, which made for a more complex and time-consuming integration process. During this process, our team has been focused on migrating existing customers, which creates tremendous value for our business but does not result in near-term revenue growth. We believe in this strategy because it will enable us to build the leading, global independent music platform.

We anticipate finishing the last integration work to support creator migration in the second quarter of 2019. In the second half of the year we aim to complete creator migration and sunset the Ticketfly platform. Therefore, we believe that growth rates of our North American music business will begin to accelerate by early 2020.

Completing integration and migration will have multiple benefits. Immediately, all resources dedicated to Ticketfly customer migration and supporting the Ticketfly platform will shift to focus on growth. Further, we will enjoy the benefits of scale, market position and incremental cash flows that come with our status as one of the leading North American independent music platforms. The integration of Ticketfly with our platform will also enable us to redeploy the products we create for other solutions.

## Guidance

We anticipate continued growth from self sign-on and international for the first quarter of 2019, offset by migration headwinds.

**Q1 2019**

| | |
|---|---|
| Total Net Revenue: | $80.0 million - $84.0 million |
| Adjusted EBITDA: | $4.0 million - $8.0 million |

## Earnings Webcast

Eventbrite (NYSE: EB) will host a conference call and earnings webcast at 2:00 p.m. Pacific time / 5:00 p.m. Eastern time today, March 7, 2019, to discuss these financial results. The domestic dial-in for the call is 866-393-4306 or 734-385-2616. To listen to a live audio webcast, please visit Eventbrite's Investor Relations website at investor.eventbrite.com. A replay will be available on the same website following the call.

Julia Hartz
**CEO**

Randy Befumo
**CFO**

**Forward-Looking Statements**

This letter contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, that involve substantial risks and uncertainties. All statements other than statements of historical fact could be deemed forward-looking, including, but not limited to, statements regarding the future performance of Eventbrite, Inc. and its consolidated subsidiaries (the "Company"); the Company's expected financial results for future periods; future growth and growth strategies in the Company's businesses and products; the expected impact of the Company's recent acquisitions; expectations regarding the Company's ability to migrate customers from acquired platforms; the Company's expectations regarding scale, profitability, market trends, and the demand for or benefits from its products, product features, and services in the U.S. and in international markets; expectations regarding the amortization of the Ticketfly platform; and statements related to business strategy, plans, and objectives for future operations. In some cases, forward-looking statements can be identified by terms such as "may," "will," "appears," "shall," "should," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential," or "continue," or the negative of these words or other similar terms or expressions that concern our expectations, strategy, plans, or intentions. Such statements are subject to a number of known and unknown risks, uncertainties, assumptions, and other factors that may cause the Company's actual results, performance, or achievements to differ materially from results expressed or implied in this letter. Investors are cautioned not to place undue reliance on these statements. Actual results could differ materially from those expressed or implied, and reported results should not be considered as an indication of future performance.

The forward-looking statements contained in this letter are also subject to additional risks, uncertainties and factors, including those more fully described in the Company's filings with the Securities and Exchange Commission, including the Company's Quarterly Report on 10-Q for the quarter ended September 30, 2018. Further information on potential risks that could affect actual results will be included in the subsequent periodic and current reports and other filings that the Company makes with the Securities and Exchange Commission from time to time, including the Company's Annual Report on Form 10-K for the year ended December 31, 2018. All forward-looking statements are based on information and estimates available to the Company at the time of this letter and are not guarantees of future performance. Except as required by law, the Company assumes no obligation to update any of the statements in this letter.

**About Non-GAAP Financial Measures**

We believe that the use of Adjusted EBITDA and free cash flow is helpful to our investors as they are metrics used by management in assessing the health of our business and our operating performance. These measures, which we refer to as our non-GAAP financial measures, are not prepared in accordance with GAAP and have limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results of operations as reported under GAAP. You are encouraged to evaluate the adjustments and the reasons we consider them appropriate.

**Adjusted EBITDA**

Adjusted EBITDA is a key performance measure that our management uses to assess our operating performance. Because Adjusted EBITDA facilitates internal comparisons of our historical operating performance on a more consistent basis, we use this measure for business planning purposes and in evaluating acquisition opportunities.

We calculate Adjusted EBITDA as net loss attributable to common stockholders adjusted to exclude depreciation and amortization, stock-based compensation expense, interest expense, the change in fair value of redeemable convertible preferred stock warrant liability, gains on extinguishment of promissory note, direct and indirect acquisition-related costs, income tax provision (benefit) and other income (expense), which consisted of interest income and foreign exchange rate gains and losses. Adjusted EBITDA should not be considered as an alternative to net loss or any other measure of financial performance calculated and presented in accordance with GAAP.

Some of the limitations of Adjusted EBITDA include (i) Adjusted EBITDA does not properly reflect capital spending that occurs off of the income statement or account for future contractual commitments, (ii) although depreciation and amortization are non-cash charges, the underlying assets may need to be replaced and Adjusted EBITDA does not reflect these capital expenditures and (iii) Adjusted EBITDA does not reflect the interest and principal required to service our indebtedness. Our Adjusted EBITDA may not be comparable to similarly titled measures of other companies because they may not calculate Adjusted EBITDA in the same manner as we calculate the measure, limiting its usefulness as a comparative measure. In evaluating Adjusted EBITDA, you should be aware that in the future we will incur expenses similar to the adjustments in this letter. Our presentation of Adjusted EBITDA should not be construed as an inference that our future results will be unaffected by these expenses or any unusual or non-recurring items. When evaluating our performance, you should consider Adjusted EBITDA alongside other financial performance measures, including our net loss and other GAAP results.

**Free Cash Flow**

Free cash flow is a key performance measure that our management uses to assess our overall performance. We consider free cash flow to be a liquidity measure that provides useful information to management and investors about the amount of cash generated by our business that can be used for strategic opportunities, including investing in our business, making strategic acquisitions and strengthening our financial position.

We calculate free cash flow as net cash flow from operating activities less purchases of property and equipment and capitalized internal-use software development costs, over a trailing twelve-month period. Since quarters are not uniform in terms of cash usage, we believe a trailing twelve-month view provides the best understanding of the underlying trends of the business.

Although we believe free cash flow provides another important lens into the business, free cash flow is presented for supplemental informational purposes only and should not be considered a substitute for financial information presented in accordance with GAAP. Free cash flow has limitations as an analytical tool, and it should not be considered in isolation or as a substitute for analysis of other GAAP financial measures, such as cash provided by operating activities. Some of the limitations of free cash flow is that it may not properly reflect capital commitments to creators that need to be paid in the future or future contractual commitments that have not been realized in the current period. Our free cash flow may not be comparable to similarly titled measures of other companies because they may not calculate free cash flow in the same manner as we calculate the measure, limiting its usefulness as a comparative measure.

# Supplemental Information

**Consolidated Statements of Operations**

$ in thousands, except per share data

| | THREE MONTHS ENDED DECEMBER 31, | | YEAR ENDED DECEMBER 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (Unaudited) | | | |
| Net revenue | $ 75,915 | $ 62,695 | $ 291,611 | $ 201,597 |
| Cost of net revenue[1] | 31,229 | 25,372 | 120,653 | 81,667 |
| Gross profit | 44,686 | 37,323 | 170,958 | 119,930 |
| Gross margin | 58.9% | 59.5% | 58.6% | 59.5% |
| Operating expenses[1]: | | | | |
| Product development | 13,400 | 9,776 | 46,071 | 30,608 |
| Sales, marketing and support | 16,729 | 17,648 | 69,780 | 55,170 |
| General and administrative | 23,867 | 24,534 | 93,782 | 67,559 |
| Total operating expenses | 53,996 | 51,958 | 209,633 | 153,337 |
| Loss from operations | (9,310) | (14,635) | (38,675) | (33,407) |
| Interest expense | (1,896) | (2,830) | (11,295) | (6,462) |
| Change in fair value of redeemable convertible preferred stock warrant liability | - | (796) | (9,591) | (2,200) |
| Loss on debt extinguishment | - | - | (178) | - |
| Other income (expense), net | (1,309) | (1) | (3,189) | 3,509 |
| Loss before provision for (benefit from) income taxes | (12,515) | (18,262) | (62,928) | (38,560) |
| Income tax provision (benefit) | 467 | 82 | 1,150 | (13) |
| Net loss | $ (12,982) | $ (18,344) | $ (64,078) | $ (38,547) |
| Net loss per share, basic and diluted | $ (0.17) | $ (0.89) | $ (1.71) | $ (1.98) |
| Weighted-average shares outstanding used to compute net loss per share, basic and diluted | 78,242 | 20,540 | 37,540 | 19,500 |

[1] Amounts include stock-based compensation as follows:

| | | | | |
| --- | --- | --- | --- | --- |
| Cost of net revenue | $ 151 | $ 100 | $ 429 | $ 200 |
| Product development | 1,968 | 1,113 | 5,813 | 2,411 |
| Sales, marketing and support | 841 | 1,184 | 3,570 | 2,364 |
| General and administrative | 4,114 | 2,754 | 20,419 | 5,883 |

**Consolidated Balance Sheets**

$ in thousands

| | DECEMBER 31, 2018 | DECEMBER 31, 2017 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash | $ 437,892 | $ 188,986 |
| Funds receivable | 58,697 | 51,639 |
| Accounts receivable, net | 4,069 | 2,885 |
| Creator signing fees, net | 7,324 | 4,235 |
| Creator advances, net | 21,255 | 17,641 |
| Prepaid expenses and other current assets | 16,467 | 10,662 |
| Total current assets | 545,704 | 276,048 |
| | | |
| Property, plant and equipment, net | 44,219 | 42,492 |
| Goodwill | 170,560 | 158,766 |
| Acquired intangible assets, net | 59,973 | 79,541 |
| Restricted cash | 1,508 | 3,235 |
| Creator signing fees, noncurrent | 9,681 | 6,186 |
| Creator advances, noncurrent | 1,887 | 2,435 |
| Other assets, noncurrent | 3,352 | 2,134 |
| **Total assets** | $ 836,884 | $ 570,837 |
| | | |
| **Liabilities & Stockholders' Equity** | | |
| Current liabilities | | |
| Accounts payable, creators | $ 272,201 | $ 228,007 |
| Accounts payable, trade | 1,028 | 1,481 |
| Accrued compensation and benefits | 5,586 | 3,535 |
| Accrued taxes | 8,028 | 2,615 |
| Current portion of term loans | 5,635 | - |
| Other accrued liabilities | 15,726 | 10,544 |
| Total current liabilities | 308,204 | 246,182 |
| | | |
| Build-to-suit lease financing obligation | 28,510 | 29,494 |
| Accrued taxes, noncurrent | 15,691 | 30,047 |
| Redeemable convertible preferred stock warrant liability | - | 7,271 |
| Promissory note | - | 51,082 |
| Term loans | 67,087 | 26,669 |
| Other liabilities | 2,170 | 1,888 |
| Total liabilities | 421,662 | 392,633 |
| | | |
| Stockholders' equity | | |
| Redeemable convertible preferred stock | - | 334,018 |
| Common stock | - | - |
| Treasury stock, at cost | (488) | (488) |
| Additional paid-in capital | 718,405 | 83,291 |
| Accumulated deficit | (302,695) | (238,617) |
| Total stockholders' equity | 415,222 | 155,814 |
| **Total liabilities & stockholders' equity** | $ 836,884 | $ 570,837 |

## Consolidated Statements of Cash Flows

$ in thousands

| | YEAR ENDED DECEMBER 31, | |
| --- | ---: | ---: |
| | 2018 | 2017 |
| Cash flows from operating activities: | | |
| Net loss | $ (64,078) | $ (38,547) |
| Adjustments to reconcile net loss to net cash from operating activities: | | |
| Depreciation and amortization | 34,608 | 19,418 |
| Amortization of creator signing fees | 7,086 | 4,314 |
| Accretion of term loan | 1,718 | 752 |
| Loss on debt extinguishment | 178 | - |
| Change in fair value of redeemable convertible preferred stock warrant liability | 9,591 | 2,200 |
| Change in fair value of term loan embedded derivatives | (2,119) | - |
| Stock-based compensation expense | 30,231 | 10,858 |
| Impairment of long-lived assets | 3,425 | 2,715 |
| Provision for bad debt and creator advances | 2,742 | 921 |
| Loss on disposal of fixed assets | 99 | 1,271 |
| Deferred income taxes | 103 | (400) |
| Excess tax benefit from stock-based compensation awards | - | (2,258) |
| Changes in operating assets and liabilities, net of impact of acquisitions: | | |
| Accounts receivable | (2,092) | (775) |
| Funds receivable | (6,810) | (18,148) |
| Creator signing fees, net | (15,973) | (8,600) |
| Creator advances, net | (5,308) | (5,782) |
| Prepaid expenses and other current assets | (5,594) | (4,347) |
| Other assets | (1,643) | 668 |
| Accounts payable, creators | 24,523 | 52,836 |
| Accounts payable, trade | (507) | 386 |
| Accrued compensation | 1,791 | (333) |
| Accrued taxes | 5,039 | 3,640 |
| Other accrued liabilities | 4,256 | 693 |
| Accrued taxes, non-current | (14,458) | 7,027 |
| Other liabilities | 354 | 1,312 |
| Net cash provided by operating activities | 7,162 | 29,821 |
| | | |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (5,418) | (2,536) |
| Capitalization of software development costs | (7,232) | (6,142) |
| Acquisitions, net of cash acquired | 12,611 | (131,974) |
| Net cash used in investing activities | (39) | (140,652) |

**Consolidated Statements of Cash Flows** (continued)                                                $ in thousands

|  | YEAR ENDED DECEMBER 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Cash flows from financing activities: | | |
| Proceeds from initial public offering, net of underwriters' discounts and offering costs | 240,965 | - |
| Proceeds from exercise of stock options | 8,108 | 1,767 |
| Excess tax benefits from stock-based compensation awards | - | 2,258 |
| Taxes paid related to net share settlement of equity awards | (9,013) | - |
| Proceeds from issuance of redeemable convertible preferred stock, net | - | 133,936 |
| Proceeds from term loans | 118,578 | 30,000 |
| Principal payments on debt obligations | (111,071) | 7,788 |
| Prepayment penalty on extinguishment of debt | (6,803) | - |
| Payment of capital lease obligations | (78) | (249) |
| Payments on lease financing obligations | (630) | (410) |
| Net cash provided by financing activities | 240,056 | 159,514 |
| Net increase in cash, cash equivalents and restricted cash | 247,179 | 48,683 |
| Cash, cash equivalents and restricted cash, beginning of period | 192,221 | 143,538 |
| Cash, cash equivalents and restricted cash, end of period | $ 439,400 | $ 192,221 |
|  | | |
| Cash paid for interest | $ 7,588 | $ 868 |
| Cash paid for income taxes, net | $ 202 | $ 144 |
| Non-cash investing and financing activities: | | |
| Issuance of shares of common stock for acquisitions | $ 8,832 | $ 18,243 |
| Vesting of early exercised stock options | $ 366 | $ 366 |
| Promissory note issued in connection with acquisitions | $ - | $ 57,500 |
| Issuance of redeemable convertible preferred stock warrants in connection with loan facilities and term loan | $ 4,603 | $ 5,071 |
| Deferred offering costs included in accounts payable, trade and other accrued liabilities | $ 430 | $ - |
| Conversion of preferred stock warrants into common stock | $ 21,465 | $ - |

**Key Operating Metrics and Non-GAAP Financial Measures**

Unaudited - $ in thousands

| | THREE MONTHS ENDED DECEMBER 31, | | YEAR ENDED DECEMBER 31, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Paid tickets | 26,702 | 22,698 | 97,295 | 71,046 |
| Adjusted EBITDA | $ 7,305 | $ (511) | $ 28,765 | $ 4,206 |

| | YEAR ENDED DECEMBER 31, | |
|---|---|---|
| **Free cash flow reconciliation** | 2018 | 2017 |
| Cash flows from operating activities | $ 7,162 | $ 29,821 |
| Purchases of property and equipment and capitalized internal-use software development costs | (12,650) | (8,678) |
| **Free cash flow** | $ (5,488) | $ 21,143 |

Unaudited - $ in thousands

**Adjusted EBITDA reconciliation**

| | THREE MONTHS ENDED DECEMBER 31, | | YEAR ENDED DECEMBER 31, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Net loss | $ (12,982) | $ (18,344) | $ (64,078) | $ (38,547) |
| Add: | | | | |
| Depreciation and amortization | 8,996 | 8,367 | 34,608 | 19,418 |
| Stock-based compensation | 7,074 | 5,151 | 30,231 | 10,858 |
| Interest expense | 1,896 | 2,830 | 11,295 | 6,462 |
| Change in fair value of redeemable convertible preferred stock warrant liability | - | 796 | 9,591 | 2,200 |
| Loss on debt extinguishment | - | - | 178 | - |
| Direct and indirect acquisition related costs | 545 | 606 | 2,601 | 7,337 |
| Other (income) expense, net | 1,309 | 1 | 3,189 | (3,509) |
| Income tax provision (benefit) | 467 | 82 | 1,150 | (13) |
| **Adjusted EBITDA** | $ 7,305 | $ (511) | $ 28,765 | $ 4,206 |

# Exhibit I

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**FORM 8-K**

_____

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event Reported): November 12, 2018**

_____

# EVENTBRITE, INC.

(Exact Name of Registrant as Specified in Charter)

_____

| **Delaware** | **001-38658** | **14-1888467** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**155 5th Street, 7th Floor**
**San Francisco, California 94103**
**(415) 692-7779**

**(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)**

**Not applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

_____

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (_see_ General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02    Results of Operations and Financial Condition**

On November 12, 2018, Eventbrite, Inc. (the "Company") issued a press release and a Shareholder Letter (the "Letter") announcing its financial results for the third quarter ended September 30, 2018. A copy of the issued press release and the final Letter are attached hereto as Exhibit 99.1 and Exhibit 99.2, respectively, and each of the press release and Letter are incorporated herein by reference.

In its Letter, the Company also announced that it would be holding a conference call on November 12, 2018 at 2 p.m. Pacific Time to discuss its financial results for the third quarter ended September 30, 2018 (the "Conference Call"). A copy of the unofficial transcript of the Conference Call is attached hereto as Exhibit 99.3 and is incorporated herein by reference. The conference call was broadcast live over the Internet, and a replay of the call can be accessed on the Company's website at investor.eventbrite.com.

The information furnished on this Form 8-K, including Exhibit 99.1, Exhibit 99.2 and Exhibit 99.3 attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the `"Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any other filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01    Financial Statements and Exhibits**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release, dated November 12, 2018. |
| 99.2 | Shareholder Letter for the period ended September 30, 2018. |
| 99.3 | Unofficial Transcript of Eventbrite, Inc. November 12, 2018 Conference Call. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: November 13, 2018

EVENTBRITE, INC.

By:   /s/ Julia Hartz
      Julia Hartz
      Chief Executive Officer



**Eventbrite, Inc. (EB)**
**Q3 2018 Earnings Call**
**November 12, 2018, 2:00 p.m. PT**

## CORPORATE PARTICIPANTS

**Sarah Henderson,** *Investor Relations*

**Julia Hartz,** *Co-Founder & Chief Executive Officer*

**Randy Befumo,** *Chief Financial Officer*

## CONFERENCE CALL PARTICIPANTS

**Mark Mahaney,** *RBC Capital Markets*

**Heath Terry,** *Goldman Sachs*

**Doug Anmuth,** *JPMorgan*

**Youssef Squali,** *SunTrust Robinson Humphrey*

**Scott Devitt,** *Stifel, Nicolaus & Company*

## PRESENTATION

**Operator:**

Good afternoon. My name is Cheryl and I will be your conference operator today. At this time, I would like to welcome everyone to the Eventbrite, Inc. Third Quarter 2018 Earnings Conference Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question and answer session. If you would like to ask a question during this time, simply press star, then the number one on your telephone keypad. If you would like to withdraw your question, press the pound key. Thank you.

Sarah Henderson, you may begin your conference.

**Sarah Henderson:**

Thank you, Cheryl. Good afternoon and welcome to the Third Quarter 2018 Eventbrite Earnings Call.

Prior to this call, we released a Shareholder Letter announcing our third quarter 2018 financial results and posted our Shareholder Letter to our website at investor.eventbrite.com.

Before we begin, I would like to remind you that during today's call, we will be making forward-looking statements regarding future events and financial performance, including providing net revenue and non-GAAP Adjusted EBITDA guidance for the fourth quarter 2018. We caution that such statements reflect our best judgment as of today, November 12th, based on factors that are currently known to us, and that actual future events or results could differ materially due to several factors, many of which are beyond our control. For a more detailed discussion of the risks and uncertainties affecting our future results, we refer you to the section titled "Forward-Looking Statements" in our Shareholder Letter and our filings with the SEC. We undertake no obligation to update any forward-looking statements made during this call to reflect events or circumstances after today or to reflect new information or the occurrence of unanticipated events, except as required by law.

During this call we will present Adjusted EBITDA and free cash flow, both of which are non-GAAP financial measures. These non-GAAP financial measures are not prepared in accordance with GAAP and have limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results of operations as reported under GAAP. Reconciliations to the most directly comparable GAAP financial measures are available in our Shareholder Letter. We encourage you to read our Shareholder Letter as it contains important information about GAAP and non-GAAP results.

Now, I will turn the call over to Julia Hartz, Co-Founder and Chief Executive Officer. Julia?

**Julia Hartz:**

Thank you, Sarah, and thank you all for joining us today. Since this is our first earnings call as a public company, and given the Eventbrite story may be new to some of you, I wanted to provide some context before reviewing the third quarter results.

To start, our mission is to bring the world together through live experiences. We've built a robust enablement platform that empowers the growth of professional event creators around the world. Our platform reduces the friction and costs associated with event creation, while increasing reach and ticket sales for creators. By reducing risk and complexity, we allow creators to focus their energy on producing compelling and successful events.

Our business model is powered by efficient creator acquisition and predictable revenue retention. We provide a self-service platform where more than 95% of creators have signed themselves up year-to-date. In our transactional business model, we charge a fair transaction fee on tickets sold, which aligns our interests with those of our creators. Simply put, we win when they win.

These creators run their businesses on Eventbrite, leading to strong revenue retention. The strength of our transactional business has enabled us to invest in additional growth initiatives like new country and category expansion, complementary solutions to our core ticketing offering and opportunities arising from the large volume of consumers who interact with our platform. We've tapped into a large, underserved global opportunity in the mid-market of live experiences, and our goal is to help fuel this large and growing market.

The impact of Eventbrite is best described through our creators, so I'd like to take a minute to highlight Desert Daze, featured on the cover of our Shareholder Letter.

Founder Phil Pirrone recently migrated his business from Ticketfly to Eventbrite and successfully hosted his 2018 festival on the platform. Since migrating, they have quickly integrated many Eventbrite features and partners, including Affirm, a payment plan solution to help make experiences more accessible; Social Ladders, a promotional partner to help drive sales through influencers; and LeanTicket, which enables custom-printed tickets for their events. Desert Daze also benefits from our distribution offerings like our native Facebook checkout and Instagram BUY TICKETS integration.

Creators like Phil and experiences like Desert Daze are examples of the many powerful events we serve that enabled us to deliver a strong third quarter. In the third quarter, we processed over 23.9 million paid tickets and delivered over 45% year-over-year growth in revenue, while continuing to make strategic investments to drive future growth. International markets contributed 27% of net revenue, despite currency headwinds.

Beyond the third quarter, last week we delivered Eventbrite Music, a new product to streamline and improve ticketing, marketing and operations for independent promoters, venues and festivals around the world. Built natively on our platform, Eventbrite Music was designed to give independent venues and festivals the tools and expertise they need to grow their businesses. The product also supports promoters and venue owners as they sell out their shows, build their brands, amplify their reach and deliver a great fan and artist experience. Additionally, we integrated our events and buying experience with YouTube, adding to our growing portfolio of more than 50 distribution partners which includes Instagram, Spotify, Bandsintown and more.

We believe that our scale and robust self-service platform, coupled with our efficient sales efforts, will continue to drive strong growth globally. I would like to express my sincere gratitude toward our team, our investors, our shareholders and especially the Eventbrite creators and consumers who make our vibrant community what it is every day.

With that, I will turn the call over to our CFO, Randy Befumo, to briefly discuss our financial results and outlook before turning to your questions. Randy?

**Randy Befumo:**

Thank you, Julia.

Full details of our results are available in our Shareholder Letter. In today's call, I will not repeat many of the numbers contained in that letter; rather, as it relates to third quarter, I plan to highlight the key aspects of our financial model, discuss a few critical results and give you more color on our expectations for the fourth quarter. Unless otherwise noted, all comparisons will be on a year-over-year basis.

Net revenue grew to $73.6 million in the third quarter, up 45%, reflecting strong growth on the Eventbrite platform.

From a bottom line standpoint, we believe that the use of Adjusted EBITDA and free cash flow is helpful to our investors as these are metrics used by Management in assessing the health of our business and our operating performance. Our third quarter Adjusted EBITDA was $11.2 million, up from $1 million in the prior period. These results were impacted by some notable items in the third quarter, including the release of reserves related to our sales tax liability and insurance recoveries from the second quarter's data security incident on the Ticketfly platform.

3

In the 12 months ended September 30, 2018, we reported negative $6.2 million in free cash flow, compared to a positive $34.4 million in free cash flow in the prior period. Operating cash flow for the 12 months ended September 30, 2018 was positive $6.1 million. Both of these results were impacted by two primary factors in the third quarter – the timing of the Ticketfly acquisition in the prior year and the release of tax reserves in the current period. Outside of anomalies like these, we expect to be able to drive meaningful growth in free cash flow while also growing our net revenue.

Finally, it is important to note that we had a material below the line charge related to debt extinguishment as we put in place our new credit facility. Investors should adjust for this cost when analyzing net income and earnings per share for the third quarter.

Our third quarter results demonstrate Eventbrite's ability to successfully expand net revenue, drive Adjusted EBITDA and achieve strategic milestones, all while investing back into the business for long term growth.

Looking forward to the fourth quarter, we expect net revenue in the range of $72 million to $74 million, representing 16.4% year-over-year growth at the midpoint. This net revenue guidance includes the full effect of any anticipated migration loss in the period. As noted in the letter, we strive to maintain a majority of revenue when we acquire a business, but in our move to one platform, we expect to experience revenue loss in the migration process. This will be a factor in the fourth quarter.

We expect Adjusted EBITDA to be in the range of $6.5 million to $8.5 million, representing a 10.2% Adjusted EBITDA margin at the midpoint. Our focus continues to be to reinvest in the business to drive long-term growth.

Three final notes for those building models. First, this guidance assumes normal seasonal trends, which have us build cash in the first and third quarters and pay out creators in the second and fourth quarters.

Second, we acquired Ticketfly in third quarter of last year and recorded a net revenue contribution for the majority of September. This anniversary will impact our year-over-year comparisons in the fourth quarter.

Third, as of the end of the quarter, our fully diluted share count was 91.5 million shares. The substantially lower common share count used in our EPS calculations in the third quarter relates to us only being public for 10 days out of the quarter, as prior to the IPO most equity was preferred. Had we been public for the entire period, the net loss per share would have been different.

With that, we will open the call to questions. Operator?

**Operator:**

To ask a question, please press star, one on your telephone keypad. Please limit yourself to one question and one follow-up. The first question comes from the line of Mark Mahaney of RBC. Please go ahead. Your line is open.

**Mark Mahaney:**

4

Okay, thank you. Two questions, please. First, Eventbrite Music that you said that launched last week, could you talk about what kind of impact that would have? Is this something where you think this would be useful in terms of retention or new customer wins? I think you've already had a lot of offerings in this kind of venue, music, independent music festival space, but just talk about what the so what is, what the implication of that is. Then secondly, with YouTube, is this already live now, and then could you talk at all about the economics or are these somewhat similar to some of the other deals you've had? Anything around that would be useful. Thank you.

**Julia Hartz:**

Hi Mark. Thanks so much for the questions. For Eventbrite Music, we have gone to market as of last week with a product that is tailor made for independent music venues and promoters, as well as festivals. This applies to not only those who are currently using Eventbrite, but also of course those who are currently using the legacy Ticketfly platform, and so while related, they really are two different tracts of work, migration and then the Eventbrite Music product.

Where we see the great value of Eventbrite Music is that we've been able to utilize the extensibility of our platform, and the modularity really, to bring together an offering, a product offering that's focused on specifically venues. So, giving them expanded functionality to manage their box office, to manage their checkout experience, their marketing capabilities, and we've also coupled that with our launch of YouTube, which YouTube in itself joins 50 distribution partners already live today on the Eventbrite platform, and as you know, we integrate with these distribution partners to, effectively, put the right event in front of the right consumer at the right time, wherever they may be, to drive a superior discovery experience.

This benefits our creators, not just music creators but certainly in the case of YouTube where they have 1 billion music fans monthly looking for music and discovering new artists, this linkage to live shows is really important. So, we think this is very valuable for our music customers, and they join Spotify, Pandora, Bandsintown, Songkick, Facebook, Instagram, just to name a few music-friendly distribution channels on the platform.

Finally, I'll tell you a quick story of a venue that's using Eventbrite today. Neumos is a venue partner of ours in Seattle. They not only own a venue but they also host a three-day music festival called Capitol Hill Block Party, and they're already seeing in the first month of being on our platform an uptick in sales from using Eventbrite Music. Not only do they credit the product for saving them time and hassle on the ticketing front, but they also see a significant marketing benefit by way of the data that we make readily available from our platform, as well as these distribution opportunities.

**Mark Mahaney:**

Great. Thank you, Julia.

**Julia Hartz:**

Thanks, Mark.

**Operator:**

Your next question comes from the line of Heath Terry of Goldman Sachs. Please go ahead. Your line is open.

**Heath Terry:**

Great. Thanks, Julia and Randy. Randy, the revenue that you're talking about losing as part of the replatforming of Ticketfly, are those customers that are going somewhere else? Is it a change in pricing? Can you just give us a sense of sort of what that means, maybe competitively or sort of for the combined business going forward in terms of how we should think about relative growth rates on the other side of this?

**Randy Befumo:**

Sure, Heath. Thank you for the question. When we think about migration loss, it comes in a variety of shapes, and so the first thing to understand is, unlike a SaaS contract that has a visible and stable revenue stream, our creators grow or shrink depending on their businesses. So, when we're looking at migration and migration loss, you have to think about not just our part of it but also the creators growing and shrinking as well.

Within that though, there are really a few reasons that a creator will not migrate after an acquisition. The first, as you correctly inferred, is competitive activity, however that's not the sum total. Some customers will choose to insource. Some customers, actually, in the period between acquisition and migration may, unfortunately, go out of business; others may be acquired by companies that have competitive ticketing platforms, or that already have pre-existing ticketing relationships and those may actually drive the decisions, not anything about the Eventbrite platform.

So far, in our migration, we have seen a mix of them; there's no one overwhelming factor. We try to take them all into account when giving you and the Street guidance in order to give you the best sense of where we believe we'll land at the end of the quarter in terms of revenue.

**Heath Terry:**

Great. That's really helpful. Then just as we think about pricing next year, obviously some changes were made to the pricing structure in Q3. When we think about sort of the impact of that on the fourth quarter and into next year on a run rate basis, how should we be thinking about the impact that pricing has relative to that organic ticket growth.

**Randy Befumo:**

Great question, Heath. First, I want to talk about our strategy with regard to pricing and then talk about our operational activity. Our strategy with pricing is straightforward. We think it's important to have affordable pricing, both from a creator standpoint and a consumer standpoint. We think that this drives the best outcome for our platform, and so within this context, we anticipate over the next year taking targeted pricing actions in particular markets in order to drive greater volume. We have seen a lot of evidence on our platform of elasticity of demand, and we tend to tune toward that demand. Sometimes it means shifting from a percent to a fixed fee a little bit; sometimes it means tweaking the payment processing fee, but in general, what we're trying to engineer for is to maximize the paid ticket volume through the platform as our business model generates revenue on every ticket that passes through.

**Heath Terry:**

6

Great. Thank you.

**Operator:**

Your next question comes from the line of Doug Anmuth of JPMorgan. Please go ahead. Your line is open.

**Doug Anmuth:**

Thanks for taking the questions. I wanted to ask two. First, just when you think about the business across categories, the vast majority of it is in four large categories. Julia, just hoping you could talk a little bit about when you think the timing is right to move into other areas, like towards attractions and theaters and other things? Then, second, if you could talk a little bit about the Square partnership, how we should think about that into '19 in terms of the timing of the rollout in certain markets, and then also perhaps what it means for the financials, Randy. Thanks.

**Julia Hartz:**

Thanks, Doug. I'll take the first and then I'll let Randy take the second.

On the first, when we think about developing categories, we look at the overall landscape of the mid-market. You're correct in that the top four major categories, which are large categories with lots of subcategories within them, are music, festivals, registration and endurance sports. That's about 80% of our total revenue to date. Beyond that there is this vast open field of emerging categories that make up the rest of the 20%, and we certainly look at the trends in terms of categories in countries and global categories in aggregate when we look at where we might be able to lean in to grab some of the served addressable market. In 2017, we sold 71 million paid tickets and, in 2018, we see a served addressable market in those four categories against our top 12 global markets where we serve creators as being 1.1 billion paid tickets. So, certainly we see opportunity in growth there.

In terms of our commitment or our focus on developing more into categories, we will look at that from a platform capability standpoint, and so when you see our investment in product and development, that's really a signal that we know developing our platform and our product is the best way that we can bolster growth in both emerging categories, like potentially tours and attractions or other categories that we see in our platform today that we'd like to grow by share of revenue, or our existing categories.

The best sort of detail I can give you is to look at what we've done in Eventbrite Music, and so we've gone to market with a tailored offering towards the mid-market that's really focused on independent music promoters, venue owners, festival organizers, and we've bolstered not only a platform and product approach, but also we've been able to use M&A through our Ticketfly acquisition and our ticketscript acquisition in Northern Europe to really gain some accelerated traction within that category.

So in terms of the future, I think you should expect that we'll continue to cultivate category growth through our product, and we will also lean into this commitment and development that we're making in music globally.

**Randy Befumo:**

7

Hey Doug, it's Randy. I wanted to start off at the strategic level to your question. One of the benefits for Eventbrite of having grown such a large attractive business that allows partners to access the unique customer base is that we can work with them differently than just being one of many clients getting the same product. So, with Square, what we're doing in the partnership is building something together. We are currently looking at a timeline for the product delivery of the second half, but as everyone on the call knows, product timelines are subject to revision as new facts emerge. We believe, however, from a finance standpoint, the most likely timeline is the second half and that we'll see a slight elevation in our cost of revenues relative to where we've been for this product.

The trade for this is a differentiated offering that offers creators omni-channel reporting for the first time in the history of the industry. What omnichannel reporting means is that if you're a creator, it doesn't matter whether your revenue is coming from online ticket sales, offline ticket sales, maybe at the door, food, beverage or merchandise, it will all be together in one single set of reports, and not only for terminals you run but terminals maybe partners at your event run in order for you to see with one single view all the cash and the movement of cash at your event.

We are very excited about the Square partnership and the product we're building together. We're also looking for other ways to work together. We have nothing to announce at this time, but we view this as a strategic partnership, and as you know, Square is an investor in Eventbrite and has an incentive to work with us above and beyond just the normal incentive of a partner.

**Doug Anmuth:**

Great. Thank you both.

**Operator:**

Your next question comes from the line of Youssef Squali of SunTrust. Please go ahead. Your line is open.

**Youssef Squali:**

Great. Thank you very much. Guys, congrats on your first quarter as a publicly traded company.

Two questions if I may. Going back to the music offering, how does Eventbrite Music really just change the experience? How is the process for event creators different from what was available before. Just trying to get a sense of how much of a step-up this is, and from the outside in, how should we gauge your success with it since we don't really have any visibility into verticals directly? Then I have a follow-up for you, Randy.

**Julia Hartz:**

Thanks, Youssef. Our Eventbrite Music product is from beginning to end a slightly different offering for the music creators who are using our platform. So, it's everything from the way in which they set up their events and how it's tailored to the frequency of events, let's say a venue versus a one-off event creator. It's also integrated with other databases. We have artist databases. We have the capability to add VIP guest listing. We have an early access feature, external ticketing that allows for music creators to promote their events off the Eventbrite platform, and this coupled with the distribution network that I spoke about earlier, just provides that customized experience for music promoters in particular, and that's native to the platform where they're

8

already benefiting from the global reach as well as our ability to partner with API partners through our spectrum ecosystem, and also reach new fans.

I can't stress enough how important it is to think about our distribution partners as tailwind to our music creators' growth and supporting the growth in their business, as well as helping them engage new audiences.

What's unique on the Eventbrite platform is that we have not just music fans. We also have hundreds of millions of just general consumers who are coming to the platform and interacting with the platform, which allows for a much, much larger audience for discovery of these events.

So, in terms of really tracking our performance, I think that you're right; we aren't currently breaking out the category mix, but you will see the benefit of Eventbrite Music I believe in our net revenue performance quarter-over-quarter. Obviously, this is a category that we feel very strongly about and that we're making a sizeable investment in.

Randy?

**Randy Befumo:**

Youssef, you said you had a follow-up?

**Youssef Squali:**

I do. I do. The jump in gross margin was a bit less than we anticipated. Maybe can you just—and I know there are a lot of puts and takes there. Maybe you can just help us go through those? I know I think for the fourth quarter you're calling out $2.8 million of additional amortization for Ticketfly, but as we look at 2019 importantly, how should we be looking at that? Thanks.

**Randy Befumo:**

Thanks, Youssef. I'm going to answer in two ways. First, I'm going to talk about the third quarter, then I'm going to talk about how to think about gross margin looking forward.

For the third quarter, as you saw, gross profit performed well, and we focus on growing gross profit dollars over time. Gross margin was impacted by mix. We saw some non-transactional revenue related to the legacy Ticketfly platform that was higher than expected in the period and was lower gross margin than our average. Our fourth quarter guidance, as you correctly inferred, assumes a return to Q2 levels because we do not see that recurring.

In terms of thinking about gross margin going forward, in the short term, I would call out exactly what you mentioned – the amortization of the Ticketfly platform. We will have amortization in the fourth quarter of 2018 and then it will end. From an optics standpoint, that will appear to create a significant lift in gross margin.

In the long term, what drives our gross margin are two simple things: scale and a shift toward international payments. From a scale standpoint, as we get bigger, we get access to better rate cards for things like payments and site operations, and that helps our overall gross margin.

9

In terms of international payments, international payments are structurally lower in terms of cost than in North America, and so as our business moves international, we have a nice tailwind of gross margin as a result.

Outside of that, we do have a few revenue streams we're incubating that some have higher gross margins, some have lower gross margins. In the very long term, depending on that success and the mix, it could change the trajectory of gross margin, but there's nothing currently we see that would do that today.

**Youssef Squali:**

Okay, great. Thank you, both.

**Operator:**

Thank you. Again, if you would like to ask a question, please press star, one on your telephone keypad. Your next question comes from the line of Scott Devitt of Stifel. Please go ahead. Your line is open.

**Scott Devitt:**

Thanks. It would be useful if you could provide any mix trends in 3Q in terms of revenue mix from creators onboarded via self-serve versus salesforce driven, and any noteworthy trends in pricing package mix between Essentials, Professionals and Premium?

Then, secondly, any retention trends that you would highlight from the quarter? Thank you.

**Julia Hartz:**

Great. Thank you, Scott. What we see in terms of performance in Q3 is in line with our typical trends. Over 95% of event creators are coming through our self sign-on channels, and our revenue mix is in line with previously reported.

Also, on the retention trend, we see consistent retention trends, so I want to step back and talk about retention for a minute. We look at retention by revenue retention. That's because the combination of self sign-on and sales creators coming onto our platform year-over-year is a real mix in terms of the profile of creators. Obviously that small percentage of sales creators are creators that we're signing to multi-year contracts while the vast majority of the creators on our platform are signing themselves up and we're retaining them through our product offering and our service.

What we see is really strong growth for the event creators who stick on our platform. In 2017, we saw 97% revenue retention from prior years, and we see strengthening in the first year cohort. We're seeing that same exact trend this year. So, while I can't report the exact number, I can say that it's in line with previous trends.

**Scott Devitt:**

Thank you.

**Julia Hartz:**

10

Thanks, Scott.

**Operator:**

There are no further questions at this time. I would like to turn the call over to Julia Hartz for closing remarks.

**Julia Hartz:**

Great. Well, thank you all for your participation and interest in learning more about our business today. Before we close our first earnings call, I'd like to express my deep appreciation for the creators who bring their passions to life and in doing so, create indelible live experiences for the world to enjoy, and also to our 1,000-plus strong global Britelings who come to work each day to serve these creators. We succeed when our creators succeed, and we look forward to sharing more over the coming quarters. Thank you all for participating in the call today.

**Operator:**

This concludes today's conference call. You may now disconnect.

11

# Exhibit J

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

———————————————

**FORM 8-K**

———————————————

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event Reported): November 12, 2018**

———————————————

# EVENTBRITE, INC.

(Exact Name of Registrant as Specified in Charter)

———————————————

| **Delaware** | **001-38658** | **14-1888467** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**155 5th Street, 7th Floor**
**San Francisco, California 94103**
**(415) 692-7779**

**(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)**

**Not applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

———————————————

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐     Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02        Results of Operations and Financial Condition**

On November 12, 2018, Eventbrite, Inc. (the "Company") issued a press release and a Shareholder Letter (the "Letter") announcing its financial results for the third quarter ended September 30, 2018. A copy of the issued press release and the final Letter are attached hereto as Exhibit 99.1 and Exhibit 99.2, respectively, and each of the press release and Letter are incorporated herein by reference.

In its Letter, the Company also announced that it would be holding a conference call on November 12, 2018 at 2 p.m. Pacific Time to discuss its financial results for the third quarter ended September 30, 2018 (the "Conference Call"). A copy of the unofficial transcript of the Conference Call is attached hereto as Exhibit 99.3 and is incorporated herein by reference. The conference call was broadcast live over the Internet, and a replay of the call can be accessed on the Company's website at investor.eventbrite.com.

The information furnished on this Form 8-K, including Exhibit 99.1, Exhibit 99.2 and Exhibit 99.3 attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the `"Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any other filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01        Financial Statements and Exhibits**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release, dated November 12, 2018. |
| 99.2 | Shareholder Letter for the period ended September 30, 2018. |
| 99.3 | Unofficial Transcript of Eventbrite, Inc. November 12, 2018 Conference Call. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: November 13, 2018                                           EVENTBRITE, INC.

                                                      By:   /s/ Julia Hartz
                                                            Julia Hartz
                                                            Chief Executive Officer

# eventbrite

## Q3 2018 Shareholder Letter

November 12, 2018

investor.eventbrite.com



Desert Daze
California, USA

## Business Highlights:

- In the third quarter of 2018, Eventbrite showed another strong quarter of paid ticket and revenue growth.

  » Paid tickets grew by +32.2% to 23.9 million in the period.

  » Revenue grew by +45.1% to $73.6 million in the period.

- In the fourth quarter, Eventbrite launched a new solution for creators to run their music venues and festivals called Eventbrite Music.

- Eventbrite expanded its distribution offerings, adding YouTube to its world-class partner line-up in the fourth quarter.



Featured on our cover is Desert Daze, a Southern California based festival known for its eclectic line-up and beautiful natural locations. Phil Pirrone, the festival's founder pictured above, has set out to create a one-of-a-kind experience for attendees. The festival, now in its seventh year, migrated to Eventbrite from Ticketfly in 2018. Since migrating, they have quickly integrated many Eventbrite features and partners, including our native Facebook checkout, our spectrum ecosystem and custom design for PDF tickets.

## To Eventbrite Shareholders:

### Third Quarter 2018

All financial comparisons are on a year-over-year basis unless otherwise noted. Complete financial tables can be found at the end of this letter.

- **Revenues** grew by 45.1% to $73.6 million in the third quarter, with both Eventbrite platform growth and acquired businesses contributing to the overall increase in total sales.

- **Paid tickets** grew by 32.2% to 23.9 million in the third quarter.

- **Gross profit** increased by 41.7% to $42.2 million. Gross margin was 57.2%, down 140 basis points year-over-year due to amortization related to the Ticketfly platform.

- **Operating loss** was ($13.1) million in the third quarter compared to an operating loss of ($10.4) million in the same period last year. Operating loss was negatively impacted by increased stock-based compensation expense in the quarter related to our initial public offering.

- **Adjusted EBITDA** was $11.2 million, up from $1.0 million in the same period last year.[1] Adjusted EBITDA contains several notable items that are detailed later in this letter.

- **Cash flows from operating activities** for the trailing twelve month period ended September 30, 2018 decreased to $6.1 million compared to $42.8 million in the trailing twelve month period ended September 30, 2017. Free cash flow for the trailing twelve months was ($6.2) million compared to $34.4 million in the prior period.[1] Our cash flows from operating activities and our free cash flow decreased for the trailing twelve month period ended September 30, 2018 as compared to the trailing twelve month period ended September 30, 2017 primarily because of certain adjustments in tax reserves made during the twelve month period ended September 30, 2018 and the impact of creator accounts payable from the Ticketfly acquisition, which closed during the twelve month period ended September 30, 2017.

[1] Adjusted EBITDA and free cash flow are financial measures that are not calculated in accordance with U.S. generally accepted accounting principles ("GAAP"). See the section in this letter titled "About Non-GAAP Financial Measures" for information regarding Adjusted EBITDA and free cash flow, including the limitations of such measures, and see the end of this letter for reconciliations of Adjusted EBITDA and free cash flow to the most directly comparable GAAP measures.

## Inaugural Comments

Hello, and welcome to the very first shareholder letter detailing Eventbrite's quarterly performance. We hope making this detail available in a letter will allow us to focus our earnings calls on your questions around our business and performance. As part of our first earnings report as a public company, we will outline our mission, our business model and describe our quarterly dynamics as we believe all three are critical to understand in order to develop expectations about future performance.

Our **mission** is to bring the world together through live experiences. We do this by empowering event creators — the people who bring others together to share their passions, artistry and causes through live experiences — by  providing a technology platform that enables these creators to plan, promote and produce live events while reducing friction, costs, risk and complexity. We serve the vast mid-market of events, across a variety of of categories and geographies. The majority of our revenue comes from professional creators who host multiple events a year, operating in the large mid-market between stadium scale events and small, private gatherings.



Our **business model** is powered by efficient creator acquisition and high retention which has driven our growth and supported the predictability of our business model. Over 95% of creators year-to-date signed themselves up on our platform, selecting one of our three packages to best suit their needs. We structure our business model to fund our growth initiatives: expanding into new countries and categories, developing solutions complementary to our core ticketing offering and expanding opportunities arising from the large volume of consumers who interact daily with our platform.

Finally, for our **quarterly dynamics**, transactional revenue has historically been consistent each quarter within a year. In the first quarter of each year, we have seen a step up from the level of the prior year as new creators launch their full event series for the year. As a result, we anticipate that our quarterly guidance will suggest consistency quarter-to-quarter within a year. For instance, our Q4 net revenue guidance will look very similar to Q3 results reported later in this letter.

We are thrilled with your interest in Eventbrite, and we welcome you to join us on our journey to bring the world together through live experiences.

## Product Highlights

In the fourth quarter of 2018, we announced the launch of Eventbrite Music, a new solution to streamline and improve ticketing, marketing and operations for independent promoters, venues and festivals around the world.

Music creators generally promote a high volume of events while managing talent and running complex businesses that often combine ticketing, marketing, merchandise and concessions — all while putting on live shows. All of this happens each time a venue books an artist, which can be hundreds of times a year.

Eventbrite Music is purpose-built with the unique challenges of the music business in mind. It's designed to give independent venues and festivals the tools and expertise they need to grow their businesses, sell out their shows, build their brands, amplify their reach and deliver a great fan and artist experience. This solution helps music creators stay one step ahead of the technology curve by streamlining many important marketing and operations tools into a single platform, helping to provide clarity and control of their business.

Eventbrite Music includes a specialized event creation workflow that supports key elements of the music business, including the input of detailed artist and performance information and the ability to set up automated publishing for hundreds of events to be released on a pre-set schedule. We also offer enhanced marketing capabilities, streamlined checkout experience and mobile box office capabilities. Finally, Eventbrite Music unlocks the distribution power of Eventbrite, connecting artists, venues and fans through Instagram, Spotify, Pandora, Bandsintown, Songkick and other music-friendly distribution channels.

We believe the people at the heart of the independent music scene partner with Eventbrite because we support them, speak their language and help grow their business.





Elrow Music, which produces fully-immersive experiences that bring people together for dancing and fun from Barcelona to Hong Kong, joined the Eventbrite platform in May 2017. They use Eventbrite to bring their unique experiences to attendees in seven countries.

# Featured Creators



**Original Gravity Concert Series** (Boston, MA)

The Original Gravity Concert Series features the music of local New England composers paired with beer brewed by local breweries. They signed themselves up for Eventbrite in October 2015 and have successfully held 15 concerts on the platform. Each concert features an exclusive beer brewed specifically to pair with that evening's music. Keith Kirchoff, the Artistic Director, is a pianist and composer. He is also an accomplished homebrewer and beer connoisseur, having travelled extensively in the United States and abroad in search of the perfect pint.

 Eventbrite has been an invaluable asset for us in marketing our concerts and extending our reach to people who may have never heard of us before. People regularly tell us they discovered our shows when perusing Eventbrite's website!

— KEITH KIRCHOFF, ARTISTIC DIRECTOR



**Pukka Up Boat Parties** (Ibiza, Spain)

Billed as the "world's largest boat party," Pukka Up Events operates in various European countries, serving more than 200,000 attendees per year, known for mixing music and boating in unique combined experiences. They joined Eventbrite in December 2016, and have hosted over 800 events since signing up. Key product features that save them time include multiple tiered pricing, Facebook and Google analytics, Buy on Facebook and custom discount codes.

 Eventbrite is super flexible. When we have a new idea or opportunity for an event we can just jump on our account, get it listed and put tickets on sale right away. We also value the additional exposure the Eventbrite platform gives us.

— JOSHUA MAKINSON, MANAGING DIRECTOR



**Fiesta de la Flor** (Corpus Christi, TX)

The Corpus Christi Convention and Visitors Bureau puts on the Fiesta de la Flor festival with the assistance and support of the Quintanilla family to create a unique fan experience  honoring the life and legacy of Selena Quintanilla. Over the past four years, this music festival has showcased Selena's roots by featuring old school Tejano legends and contemporary acts who continue to be influenced and inspired by Selena almost 25 years after her untimely passing.

 Eventbrite has great relationships with digital content distributors like Facebook. It gives potential festival attendees easy access to purchase a ticket.

— HEIDI HOVDA, SR. DIRECTOR OF CREATIVE INITIATIVES







In October 2018, we announced a strategic partnership with YouTube, building our growing portfolio of more than 50 distribution partnerships, which includes Instagram, Spotify, Pandora and more.

Our distribution strategy puts the right event in front of the right consumer, at the right time, wherever they are online. We believe that this approach of enabling a seamless purchase experience at natural points of discovery helps us reach new audiences, enables more ticket sales for event creators and improves the experience of finding and accessing live experiences.

Our new integration with YouTube, a platform that connects more than 1 billion fans each month with their favorite artists, enables people to go from consuming music online to seeing experiences in real life. [2] This integration allows anyone to buy tickets to U.S. music events on Eventbrite by simply clicking the 'Tickets' button that appears directly under the videos of YouTube Official Artist Channels globally.

Video is an effective medium for event discovery. As our first video distribution partner, YouTube allows us to drive awareness of our creators' music shows against YouTube's large global audience by automatically distributing their events. The integration makes it easy for fans to see nearby live shows of the artists they discover on YouTube. It also helps our creators reach new fans and convert them to ticket buyers with a seamless checkout.

[2] Source: YouTube, youtube.googleblog.com/2018/10/youtube-makes-it-simple-for-fans-to.html

## Financial Discussion

All financial comparisons are on a year-over-year basis unless otherwise noted. Complete financial tables can be found at the end of this letter.

### Paid Tickets

**Paid tickets** grew by 32.2% to 23.9 million in the third quarter powered by continued growth in our self sign-on channel and impacts from the anniversary of the Ticketfly acquisition in September 2017.

Paid tickets sold on the Eventbrite platform, which excludes tickets sold through the Ticketfly and Ticketea platforms, grew by 24.6%.

### Net Revenue

**Net Revenue** grew by 45.1% to $73.6 million, with both the Eventbrite platform and acquired platforms contributing to the overall increase in net revenue. Excluding the net revenue transacted on the Ticketfly and Ticketea platforms in the period, net revenue was up 46.4% year-over-year to $64.4 million.[3] Ticketfly platform net revenue was negatively impacted by migration.

Internationally, net revenue grew by 24.3% to $19.9 million. International net revenue increased despite an adverse currency impact in the quarter. Currency fluctuations were a negative headwind in the period, impacting net revenues by $0.9 million.

Net revenue per ticket increased to $3.08 per ticket, a 9.7% increase year-over-year. Strong adoption of the Professional and Premium pricing packages, which launched in September 2017, coupled with increased attach rates for payment processing and our complementary solutions drove the increase.



Paid Tickets:



Net Revenue:

[3] This amount does not exclude net revenue transacted on the Ticketfly platform from September 1, 2018 to September 30, 2018. We treat net revenue from an acquired business after the one-year anniversary of the completion of such acquisition as being transacted on the Eventbrite platform. The acquisition of Ticketfly closed on September 1, 2017, and as such, we considered any net revenue transacted on the Ticketfly platform on or after September 1, 2018 as being net revenue on the Eventbrite platform.

## Gross Profit

**Gross profit** increased to $42.2 million in the third quarter, a 41.7% increase, representing a 57.2% gross margin. Benefits from international growth and the implementation of our three pricing packages were partially offset by $2.7 million of amortization from the acquired Ticketfly platform, driving gross margins down 1.4% year-over-year. Adjusting for this, gross margins would have been 61.0%, up 62 basis points year-over-year.



Gross Margin:

Amortization related to the Ticketfly platform is currently scheduled to be complete in the fourth quarter of 2018. We anticipate another $2.8 million of impact from amortization in the fourth quarter of 2018, and little to no impact from this in subsequent periods. We expect that the net effect of this will be the appearance of a material increase in gross margins in 2019.

## Operating Expenses

Eventbrite's operating expenses grew to $55.2 million, up 37.4% year-over-year, making up 75.0% of net revenue.

- **Product development** spend increased 37.5% year-over-year to $12.9 million, or 17.5% of net revenue, down from 18.4% in the prior year. This increase was due to the expansion of our global footprint of engineering, product and design resources through the August 2018 acquisition of Picatic, the opening of a new creative hub in Vancouver and further expanding access to global development talent. We expect that the combination of our Madrid and Vancouver creative hubs support higher rates of growth for product development in future periods.

- **Sales, marketing and support** spend expanded by 21.4% year-over-year to $17.4 million in the quarter, or 23.7% of net revenue, down from 28.3% the prior year. We continue to leverage our global demand generation and marketing infrastructure and focus on the self sign-on and sales efforts across the world.

- **General and administrative** investment grew by 51.2% year-over-year to $24.9 million, representing 33.8% of net revenue, up from 32.5% the prior year. We incurred several notable expenses and gains in the period related to our initial public offering, multiple acquisitions, tax reserves and insurance recoveries related to the Ticketfly data security incident. We anticipate general and administrative expenses will decrease as a percentage of net revenue in 2019.

## Notable Third Quarter Items

To provide additional context for our investors, we have detailed three items below that impacted our third quarter results. Internally, we adjust for these items when developing our own forecasts for future performance of the business.

- **Sales Tax**. In accordance with GAAP, we book reserves at the time they are estimable and probable and build or release them based on actual settlements and new information. In the third quarter of 2018, we released $7.0 million of reserves related to audits and assessments in various jurisdictions. Looking forward, reserve adjustments are difficult to forecast and our current reserve represents our best estimate of likely exposures.

- **Insurance Recoveries from Ticketfly Data Security Incident**. As reported previously, we experienced a data security incident in the second quarter of 2018. At that time, we took a $6.6 million charge, including $6.3 million in contra-revenue, to reflect our likely spending related to this incident. We recorded $2.3 million of settlements related to this incident from our insurer in the third quarter booked as a contra-expense, or gain. We anticipate additional recovery in the fourth quarter of 2018 with ongoing resolution of pending insurance claims and currently estimate $2.0 million to $3.0 million in insurance recovery based on approved claims. There could be additional recoveries in the first half of 2019, but this is difficult to forecast as it relies on third-party approval of the claims.

- **Debt Refinancing.** Shortly after our initial public offering, we refinanced our venture debt facility with a new facility from a syndicate of banks led by J.P. Morgan. We recorded below the line expenses of $17.2 million related to debt extinguishment. We anticipate lower interest expenses as a result of this new facility, which includes a $75.0 million revolving credit facility in addition to a $75.0 million fully drawn term loan.

## Adjusted EBITDA

Our **Adjusted EBITDA** was $11.2 million in the third quarter, up from $1.0 million in the prior year. This result was impacted by the notable third quarter items discussed above.[4]

## Balance Sheet / Cash Flow

Cash at the end of the third quarter was $509.7 million, up from $189.0 million at December 31, 2017. This cash balance was positively impacted by the capital raised in our recent initial public offering, partially offset by expenses related to paying off our legacy debt facility. Outside of these events, our cash flow followed a seasonal pattern. We have historically built cash in the first and third quarters, as there are more events on sale than completions, and have historically paid out cash in the second and fourth quarters as this pattern reverses.

Beyond cash, we receive funds for ticket sales from the credit card networks within five business days, in addition to a balance of creator advances that are recouped from either gross ticket sales or royalties. We net out the accounts payable to creators, as this is money we hold on behalf of creators. Therefore, to calculate our available liquidity at quarter end, we take cash, add $52.3 million in funds receivable and $24.5 million of advances to creators, and net this against $327.2 million of our accounts payable, creators. This results in $259.3 million in liquidity on the balance sheet.





[4] Adjusted EBITDA and free cash flow are financial measures that are not calculated in accordance with GAAP. See the section in this letter titled "About Non-GAAP Financial Measures" for information regarding Adjusted EBITDA and free cash flow, including the limitations of such measures, and see the end of this letter for reconciliations of Adjusted EBITDA and free cash flow to the most directly comparable GAAP measures.

Free cash flow for the trailing twelve month period ended September 30, 2018 was ($6.2) million, compared to $34.4 million for the trailing twelve month period ended September 30, 2017. As shown in the quarterly statement of cash flow from operations, the two most significant variances year-over-year in the third quarter were creator accounts payable and accrued taxes. The positive impact from the acquisition of Ticketfly in the trailing twelve month period ended September 30, 2017 normalized with this year's comparison, producing less benefit on a year-over-year basis as a result. For accrued taxes, the reversal of reserves described above in the section titled "Notable Third Quarter Items" was run through the cash flow statement and produced a drag on cash flows as a result. Both events are unlikely to recur in future periods. We focus on trailing twelve month free cash flow and its growth in order to remove seasonal artifacts from the underlying trend.

**Acquisition Strategy and Financial Impact**

Our strategy is to operate a single technical platform globally, which means that we work to migrate customers from acquired platforms to the Eventbrite platform. This migration process has historically taken 12 to 24 months, over which the Eventbrite team engages with customers to support this process. In general, we strive to retain the majority of net revenue while migrating customers in order to realize the important synergies of operating a single technical platform. Migration efforts have typically resulted in modest customer losses which tend to cluster around the time we deprecate the acquired platform.

In an effort to help investors better understand our results, we will include incremental information around acquired tickets in the first twelve months following an acquisition, timing of acquisition anniversaries and timing of platform deprecation. For instance, in the third quarter of 2018, we deprecated the Ticketscript platform, and with this, experienced the last portion of migration loss from this platform.

## Guidance

We anticipate continued growth in both paid tickets and net revenue for the fourth quarter of 2018 as we continue to scale the business. We anticipate that net revenue in this period will be negatively impacted by migration activities for the Ticketfly platform consistent with the reasons outlined above in the section titled "Acquisition Strategy and Financial Impact."

### Q4 2018

| | |
|---|---|
| Total net revenue: | $72.0 million - $74.0 million |
| Adjusted EBITDA: | $6.5 million - $8.5 million |

## Earnings Webcast

Eventbrite (NYSE: EB) will host a conference call and earnings webcast at 2:00 p.m. Pacific time/5:00 p.m. Eastern time today, November 12, 2018, to discuss these financial results. The domestic dial-in for the call is (866) 393-4306 or (734) 385-2616. To listen to a live audio webcast, please visit Eventbrite's Investor Relations website at investor.eventbrite.com A replay will be available on the same website following the call.

Julia Hartz
CEO

Randy Befumo
CFO

## Forward-Looking Statements

This letter contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, that involve substantial risks and uncertainties. All statements other than statements of historical fact could be deemed forward-looking, including, but not limited to, statements regarding the future performance of Eventbrite, Inc. and its consolidated subsidiaries (the "Company"); the Company's expected financial results for future periods; future growth and growth strategies in the Company's businesses and products; the expected impact of the Company's recent acquisitions; expectations regarding the Company's ability to migrate customers from acquired platforms; the Company's expectations regarding scale, profitability, market trends, and the demand for or benefits from its products, product features, and services in the U.S. and in international markets; expectations regarding the amortization of the Ticketfly platform; and statements related to business strategy, plans, and objectives for future operations. In some cases, forward-looking statements can be identified by terms such as "may," "will," "appears," "shall," "should," "expects," "plans," "anticipates," "could," "intends," "target," "projects," "contemplates," "believes," "estimates," "predicts," "potential," or "continue," or the negative of these words or other similar terms or expressions that concern our expectations, strategy, plans, or intentions. Such statements are subject to a number of known and unknown risks, uncertainties, assumptions, and other factors that may cause the Company's actual results, performance, or achievements to differ materially from results expressed or implied in this letter. Investors are cautioned not to place undue reliance on these statements. Actual results could differ materially from those expressed or implied, and reported results should not be considered as an indication of future performance.

The forward-looking statements contained in this letter are also subject to additional risks, uncertainties and factors, including those more fully described in the Company's filings with the Securities and Exchange Commission, including the Company's final prospectus filed pursuant to Rule 424(b) under the Securities Act of 1933, as amended, on September 20, 2018. Further information on potential risks that could affect actual results will be included in the subsequent periodic and current reports and other filings that the Company makes with the Securities and Exchange Commission from time to time, including the Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2018. All forward-looking statements are based on information and estimates available to the Company at the time of this letter and are not guarantees of future performance. Except as required by law, the Company assumes no obligation to update any of the statements in this letter.

## About Non-GAAP Financial Measures

We believe that the use of Adjusted EBITDA and free cash flow is helpful to our investors as they are metrics used by management in assessing the health of our business and our operating performance. These measures, which we refer to as our non-GAAP financial measures, are not prepared in accordance with GAAP and have limitations as analytical tools, and you should not consider them in isolation or as substitutes for analysis of our results of operations as reported under GAAP. You are encouraged to evaluate the adjustments and the reasons we consider them appropriate.

## Adjusted EBITDA

Adjusted EBITDA is a key performance measure that our management uses to assess our operating performance. Because Adjusted EBITDA facilitates internal comparisons of our historical operating performance on a more consistent basis, we use this measure for business planning purposes and in evaluating acquisition opportunities.

We calculate Adjusted EBITDA as net loss attributable to common stockholders adjusted to exclude depreciation and amortization, stock-based compensation expense, interest expense, the change in fair value of redeemable convertible preferred stock warrant liability, gains on extinguishment of promissory note, direct and indirect acquisition-related costs, income tax provision (benefit) and other income (expense), which consisted of interest income and foreign exchange rate gains and losses. Adjusted EBITDA should not be considered as an alternative to net loss or any other measure of financial performance calculated and presented in accordance with GAAP.

Some of the limitations of Adjusted EBITDA include (i) Adjusted EBITDA does not properly reflect capital spending that occurs off of the income statement or account for future contractual commitments, (ii) although depreciation and amortization are non-cash charges, the underlying assets may need to be replaced and Adjusted EBITDA does not reflect these capital expenditures and (iii) Adjusted EBITDA does not reflect the interest and principal required to service our indebtedness. Our Adjusted EBITDA may not be comparable to similarly titled measures of other companies because they may not calculate Adjusted EBITDA in the same manner as we calculate the measure, limiting its usefulness as a comparative measure. In evaluating Adjusted EBITDA, you should be aware that in the future we will incur expenses similar to the adjustments in this letter. Our presentation of Adjusted EBITDA should not be construed as an inference that our future results will be unaffected by these expenses or any unusual or non-recurring items. When evaluating our performance, you should consider Adjusted EBITDA alongside other financial performance measures, including our net loss and other GAAP results.

## Free Cash Flow

Free cash flow is a key performance measure that our management uses to assess our overall performance. We consider free cash flow to be a liquidity measure that provides useful information to management and investors about the amount of cash generated by our business that can be used for strategic opportunities, including investing in our business, making strategic acquisitions and strengthening our financial position.

We calculate free cash flow as net cash flow from operating activities less purchases of property and equipment and capitalized internal-use software development costs, over a trailing twelve-month period. Since quarters are not uniform in terms of cash usage, we believe a trailing twelve-month view provides the best understanding of the underlying trends of the business.

Although we believe free cash flow provides another important lens into the business, free cash flow is presented for supplemental informational purposes only and should not be considered a substitute for financial information presented in accordance with GAAP. Free cash flow has limitations as an analytical tool, and it should not be considered in isolation or as a substitute for analysis of other GAAP financial measures, such as cash provided by operating activities. Some of the limitations of free cash flow is that it may not properly reflect capital commitments to creators that need to be paid in the future or future contractual commitments that have not been realized in the current period. Our free cash flow may not be comparable to similarly titled measures of other companies because they may not calculate free cash flow in the same manner as we calculate the measure, limiting its usefulness as a comparative measure.

## Supplemental Information

**Consolidated Statements of Operations**

Unaudited
$ in thousands, except per share data

| | THREE MONTHS ENDED SEPTEMBER 30 | | NINE MONTHS ENDED SEPTEMBER 30 | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Net revenue | $ 73,628 | $ 50,749 | $ 215,696 | $ 138,902 |
| Cost of net revenue[1] | 31,477 | 20,993 | 89,424 | 56,295 |
| Gross profit | 42,151 | 29,756 | 126,272 | 82,607 |
| Gross margin | 57.2% | 58.6% | 58.5% | 59.5% |
| Operating expenses[1]: | | | | |
| Product development | 12,856 | 9,351 | 32,671 | 20,832 |
| Sales, marketing and support | 17,428 | 14,351 | 53,051 | 37,522 |
| General and administrative | 24,921 | 16,479 | 69,915 | 43,025 |
| Total operating expenses | 55,205 | 40,181 | 155,637 | 101,379 |
| Loss from operations | (13,054) | (10,425) | (29,365) | (18,772) |
| Interest expense | (3,300) | (1,674) | (9,399) | (3,632) |
| Change in fair value of redeemable convertible preferred stock warrant liability | (3,520) | (1,404) | (9,591) | (1,404) |
| Loss on debt extinguishment | (17,173) | - | (178) | - |
| Other income (expense), net | 1,414 | 1,606 | (1,880) | 3,510 |
| Loss before provision for (benefit from) income taxes | (35,633) | (11,897) | (50,413) | (20,298) |
| Income tax provision (benefit) | (117) | (40) | 683 | (95) |
| Net loss | $ (35,516) | $ (11,857) | $ (51,096) | $ (20,203) |
| Net loss per share, basic and diluted | $ (1.24) | $ (0.61) | $ (2.15) | $ (1.05) |
| Weighted average shares outstanding used to compute net loss per share, basic and diluted | 28,736 | 19,523 | 23,799 | 19,150 |

[1]Includes stock-based compensation as follows:

| | | | | |
| --- | --- | --- | --- | --- |
| Cost of net revenue | 154 | 35 | 278 | 100 |
| Product development | 2,497 | 463 | 3,845 | 1,298 |
| Sales, marketing and support | 1,151 | 406 | 2,729 | 1,179 |
| General and administrative | 11,247 | 1,042 | 16,305 | 3,130 |

**Consolidated Balance Sheets**                                            Unaudited - $ in thousands

|                                                           | September 30, 2018 | December 31, 2017 |
|-----------------------------------------------------------|-------------------:|------------------:|
| Assets                                                    |                    |                   |
| Current assets                                            |                    |                   |
| Cash                                                      | $ 509,730          | $ 188,986         |
| Funds receivable                                          | 52,336             | 51,639            |
| Accounts receivable, net                                  | 4,854              | 2,885             |
| Creator signing fees, net                                 | 6,271              | 4,235             |
| Creator advances, net                                     | 24,450             | 20,076            |
| Prepaid expenses and other current assets                 | 13,832             | 10,662            |
| Total current assets                                      | 611,473            | 278,483           |
| Property, plant and equipment, net                        | 44,826             | 42,492            |
| Goodwill                                                  | 170,727            | 158,766           |
| Acquired intangible assets, net                           | 65,873             | 79,541            |
| Restricted cash                                           | 1,563              | 3,235             |
| Creator signing fees, noncurrent                          | 9,671              | 6,186             |
| Other assets, noncurrent                                  | 2,214              | 2,134             |
| Total assets                                              | $ 906,347          | $ 570,837         |
| Liabilities & Stockholders' Equity                        |                    |                   |
| Current liabilities                                       |                    |                   |
| Accounts payable, creators                                | $ 327,209          | $ 228,007         |
| Accounts payable, trade                                   | 2,378              | 1,481             |
| Accrued compensation and benefits                         | 3,875              | 3,535             |
| Accrued taxes                                             | 9,766              | 2,615             |
| Current portion of term loans                             | 5,625              | -                 |
| Other accrued liabilities                                 | 19,658             | 10,544            |
| Total current liabilities                                 | 368,511            | 246,182           |
| Build-to-suit lease financing obligation                  | 28,767             | 29,494            |
| Accrued taxes, noncurrent                                 | 18,640             | 30,047            |
| Redeemable convertible preferred stock warrant liability  | -                  | 7,271             |
| Promissory note                                           | -                  | 51,082            |
| Term loans                                                | 68,467             | 26,669            |
| Other liabilities                                         | 1,566              | 1,888             |
| Total liabilities                                         | 485,951            | 392,633           |
| Stockholders' equity                                      |                    |                   |
| Reedemable convertible preferred stock                    | -                  | 334,018           |
| Common stock                                              | -                  | -                 |
| Treasury stock, at cost                                   | (488)              | (488)             |
| Additional paid-in capital                                | 710,597            | 83,291            |
| Accumulated deficit                                       | (289,713)          | (238,617)         |
| Total stockholders' equity                                | 420,396            | 178,204           |
| Total liabilities & stockholders' equity                  | $ 906,347          | $ 570,837         |

**Consolidated Statement of Cash Flows**                                          Unaudited - $ in thousands

|  | THREE MONTHS ENDED SEPTEMBER 30 | | NINE MONTHS ENDED SEPTEMBER 30 | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| **Cash flows from operating activities:** |  |  |  |  |
| Net loss | $ (35,516) | $ (11,857) | $ (51,096) | $ (20,203) |
| Adjustments to reconcile net loss to net cash |  |  |  |  |
| from operating activities: |  |  |  |  |
| Depreciation and amortization | 8,830 | 5,090 | 25,612 | 11,051 |
| Impairment of long-lived assets | 46 | 553 | 1,728 | 1,897 |
| Accretion of term loan | 204 | 471 | 1,616 | 471 |
| Stock-based compensation | 15,049 | 1,946 | 23,157 | 5,707 |
| Provision for bad debt | 274 | 238 | 1,063 | 697 |
| Amortization of creator signing fees | 1,975 | 1,095 | 5,052 | 2,861 |
| Change in fair value of redemable convertible |  |  |  |  |
| preferred stock warrant liability | 3,520 | 1,404 | 9,591 | 1,404 |
| Change in fair value of term loan |  |  |  |  |
| embedded derivatives | (2,119) | - | (2,119) | - |
| Deferred income taxes | (170) | (142) | 447 | (321) |
| Loss on debt extinguishment | 17,173 | - | 178 | - |
| Excess tax benefit from SBC awards | - | (2,258) | - | (2,258) |
| Changes in operating assets and liabilities, net of |  |  |  |  |
| impact of acquisitions: |  |  |  |  |
| Accounts receivable | (1,208) | (191) | (2,213) | (610) |
| Funds receivable | (15,227) | (13,776) | (449) | (6,706) |
| Creator signing fees, net | (4,654) | (3,234) | (10,932) | (6,019) |
| Creator advances, net | (2,881) | (765) | (5,211) | (3,015) |
| Prepaid expenses and other current assets | 530 | (1,024) | (2,897) | (2,637) |
| Other assets | 460 | (22) | (453) | 599 |
| Accounts payable, creators | 49,585 | 59,728 | 79,531 | 103,409 |
| Accounts payable, trade | 390 | 9 | 843 | 385 |
| Accrued compensation | 676 | (580) | 80 | (1,026) |
| Accrued taxes | 4,534 | 906 | 6,777 | 2,685 |
| Other accrued liabilities | (4,905) | 3,512 | 4,486 | 3,112 |
| Accrued taxes, non-current | (12,486) | 1,190 | (11,845) | 4,647 |
| Other liabilities | (294) | (101) | (322) | 164 |
| Net cash provided by operating activities | 23,786 | 42,192 | 72,624 | 96,294 |
|  |  |  |  |  |
| **Cash flows from investing activities:** |  |  |  |  |
| Purchases of property and equipment | (1,545) | (749) | (4,280) | (1,807) |
| Capitalization of software development costs | (1,603) | (1,422) | (5,932) | (4,711) |
| Acquisitions, net of cash acquired | (2,247) | (127,761) | 11,805 | (131,974) |
| Net cash provided by (used in) investing activities | (5,395) | (129,932) | 1,593 | (138,492) |

**Consolidated Statement of Cash Flows** (continued)                                    Unaudited - $ in thousands

| | THREE MONTHS ENDED SEPTEMBER 30 | | NINE MONTHS ENDED SEPTEMBER 30 | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Cash flows from financing activities: | | | | |
| Proceeds from initial public offering, net of underwriters' discounts and offering costs | 244,133 | - | 243,902 | - |
| Proceeds from issuance of preferred stock, net of issuance costs | - | 133,141 | - | 133,141 |
| Excess tax benefits from stock-based compensation awards | - | 2,258 | - | 2,258 |
| Taxes paid related to net share settlement of equity awards | (9,013) | - | (9,013) | - |
| Proceeds from exercise of stock options | 3,302 | 375 | 7,510 | 1,108 |
| Proceeds from term loans | 75,000 | 30,000 | 120,000 | 30,000 |
| Payments on lease financing obligation | (173) | (117) | (452) | (290) |
| Principal payments on debt obligations | (74,210) | (7,217) | (109,665) | (7,788) |
| Prepayment penalty on extinguishment of debt | (7,406) | - | (7,406) | - |
| Payment of capital lease obligations | - | (61) | (21) | (196) |
| Net cash provided by financing activities | 231,633 | 158,379 | 244,855 | 158,233 |
| Net increase in cash and cash equivalents | 250,024 | 70,639 | 319,072 | 116,035 |
| | | | | |
| Cash and restricted cash, beginning of period | 261,269 | 188,934 | 192,221 | 143,538 |
| Cash and restricted cash, end of period | $ 511,293 | $ 259,573 | $ 511,293 | $ 259,573 |
| | | | | |
| Cash paid for interest | $ 2,163 | $ 14 | $ 5,785 | $ 14 |
| Cash paid for taxes | $ 198 | $ - | $ 340 | $ - |
| Non-cash investing and financing activities: | | | | |
| Issuance of shares of common stock for acquisitions | $ 1,395 | $ - | $ 8,832 | $ 18,243 |
| Vesting of early exercised stock options | $ 92 | $ 92 | $ 275 | $ 275 |
| Promissory note issued in connection with acquisitions | $ - | $ 50,000 | $ - | $ 57,500 |
| Issuance of redeemable convertible preffered stock warrants in connection with loan facilities and term loan | $ - | $ 2,039 | $ 4,603 | $ 5,071 |
| Deferred offering costs included in accounts payable, trade and other accrued liabilities | $ 3,262 | $ - | $ 3,262 | $ - |
| Conversion of preferred stock warrants into common stock | $ 21,465 | $ - | $ 21,465 | $ - |

Key Operating Metrics and Non-GAAP
Financial Measures

Unaudited - in thousands

| | THREE MONTHS ENDED SEPTEMBER 30 | | NINE MONTHS ENDED SEPTEMBER 30 | |
| | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|
| Paid tickets | 23,896 | 18,074 | 70,593 | 48,348 |
| Adjusted EBITDA | $ 11,214 | $ 1,017 | $ 21,238 | $ 4,717 |

| Free cash flow TTM reconciliation | TWELVE MONTHS ENDED SEPTEMBER 30 | |
| | 2018 | 2017 |
|---|---|---|
| Cash flows from operating activities | $ 6,148 | $ 42,794 |
| Purchases of property and equipment and capitalized internal-use software development costs | (12,369) | (8,414) |
| Free cash flow | $ (6,221) | $ 34,380 |

Unaudited - $ in thousands

| Adjusted EBITDA Reconciliation | THREE MONTHS ENDED SEPTEMBER 30 | | NINE MONTHS ENDED SEPTEMBER 30 | |
| | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|
| Net loss | $ (35,516) | $ (11,857) | $ (51,096) | $ (20,203) |
| Add: | | | | |
| Depreciation and amortization | 8,830 | 5,090 | 25,612 | 11,051 |
| Stock-based compensation | 15,049 | 1,946 | 23,157 | 5,707 |
| Interest expense | 3,300 | 1,674 | 9,399 | 3,632 |
| Change in fair value of redeemable convertible preferred stock warrant liability | 3,520 | 1,404 | 9,591 | 1,404 |
| Loss on debt extinguishment | 17,173 | - | 178 | - |
| Direct and indirect acquisition related costs | 389 | 4,406 | 1,834 | 6,731 |
| Other income (expense), net | (1,414) | (1,606) | 1,880 | (3,510) |
| Income tax provision (benefit) | (117) | (40) | 683 | (95) |
| Adjusted EBITDA | $ 11,214 | $ 1,017 | $ 21,238 | $ 4,717 |