## Appendix 1 – Chart of Challenged Statements

| No. | Challenged Statement[1] | Defense[2] |
|---|---|---|
| 1 | "Selectively Acquire Businesses Focused on Serving Creators. We have been successful leveraging our platform to make selective acquisitions that have contributed to creator and revenue growth. We accelerated our momentum through the acquisitions of ticketscript and Ticketfly. By finding like-minded teams who share a common ethos around serving creators, we can continue to expand and offer new capabilities to existing creators. The modularity and extensibility of our platform enables us to quickly integrate and migrate creators to the Eventbrite platform, allowing us to quickly deprecate the acquired technology and associated costs." (¶102; Ex. A.) | NF, A, P |
| 2 | "Selectively Acquire Businesses Focused on Serving Creators. We have been successful leveraging our platform to make selective acquisitions that have contributed to creator and revenue growth. We accelerated our momentum through the acquisitions of ticketscript, Ticketfly, Ticketea and Picatic. By finding like-minded teams who share a common ethos around serving creators, we can continue to expand and offer new capabilities to existing creators. The modularity and extensibility of our platform enables us to integrate and migrate creators to the Eventbrite platform, allowing us to quickly deprecate the acquired technology and associated costs." (¶190; Ex. F.) | NF, A, P |
| 3 | "This solution helps music creators stay one step ahead of the technology curve by streamlining many important marketing and operations tools into a single platform, helping to provide clarity and control of their music. . . .We also offer enhanced marketing capabilities, streamlined checkout experience and mobile box office capabilities.  . . .We believe the people at the heart of the independent music scene partner with Eventbrite because we support them, speak their language and help grow their business." (¶179; Ex. J.) | NF, P, O |
| 4 | "Migration efforts have typically resulted in modest customer losses which tend to cluster around the time we deprecate the acquired platform." (¶181; Ex. J.) | NF, A |
| 5 | "And so where we see the great value of Eventbrite Music is that we've been able to utilize the extensibility of our platform and the modularity really to bring together an offering, a product offering that's focused on specifically venues so giving them expanded functionality to manage their box office, to manage their checkout experience, their marketing capabilities." (¶183; Ex. I.) | NF, P, O |
| 6 | "So far, in our migration, we've seen a mix of them. There's no one overwhelming factor. We try to take them all into account when giving you and TheStreet guidance in order to give you the best sense of where we believe we'll land at the end of the quarter in terms of revenue." (¶185; Ex. I.) | NF |
| 7 | "Rather than deciding to operate the Ticketfly platform on its own, we made the decision to integrate Ticketfly onto the Eventbrite platform, thus delivering the full power of both to independent music venues and promoters." (¶188; Ex. G.) | NF, A, P |

---

[1] Includes only the emphasized portions of statements.  (*See* ¶103 (alleging the "emphasized statements" were misleading).)

[2] Summarizes the arguments in Section IV of Eventbrite Defendants' Motion to Dismiss. "**NF**" – Plaintiffs have not alleged falsity; "**P**" – puffery; "**O**" – opinion; and "**A**" – historically accurate fact.