ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Underwriter Defendants
GOLDMAN SACHS & CO. LLC, J.P. MORGAN
SECURITIES LLC, ALLEN & COMPANY LLC,
RBC CAPITAL MARKETS, LLC, SUNTRUST
ROBINSON HUMPHREY, INC., and STIFEL,
NICOLAUS & COMPANY, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL GOMES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVENTBRITE, INC., JULIA HARTZ, RANDY BEFUMO, KATHERINE AUGUST-DEWILDE, ROELOF BOTHA, ANDREW DRESKIN, KEVIN HARTZ, SEAN P. MORIARTY, LORRIE M. NORRINGTON, HELEN RILEY, STEFFAN C. TOMLINSON, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, SUNTRUST ROBINSON HUMPHREY, INC., and STIFEL, NICOLAUS & COMPANY, INCORPORATED,<br><br>Defendants. | Case No. 5:19-cv-02019-EJD<br><br>**UNDERWRITER DEFENDANTS' JOINDER OF EVENTBRITE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Judge: Edward J. Davila<br>Ctrm: 1-5th Floor<br>Date: March 26, 2020<br>Time: 9:00 a.m. |

Defendants Goldman Sachs & Co. LLP, J.P. Morgan Securities LLC, Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., and Stifel, Nicolaus & Company, Incorporated (the "Underwriter Defendants") respectfully join in the motion to dismiss filed by the Eventbrite Defendants (Dkt. No 42.)

Only Plaintiffs' First Claim—"Violation of Section 11 of the Securities Act"—is brought against the Underwriter Defendants.  As set forth in the Eventbrite Defendants' Motion to Dismiss, that claim is based on a single allegedly false or misleading statement in the Registration Statement and fails as a matter of law.  (Dkt. No. 42 at 23-25.)  Therefore, the Underwriter Defendants respectfully request that the Court dismiss Plaintiffs' claim against them in its entirety and with prejudice.

Dated:  December 11, 2019

ANNA ERICKSON WHITE
ROBERT L. CORTEZ WEBB
MORRISON & FOERSTER LLP


By:   /s/ *Anna Erickson White*
         ANNA ERICKSON WHITE

Attorneys for Underwriter Defendants
GOLDMAN SACHS & CO. LLC, J.P.
MORGAN SECURITIES LLC, ALLEN &
COMPANY LLC, RBC CAPITAL
MARKETS, LLC, SUNTRUST ROBINSON
HUMPREY, INC., and STIFEL, NICOLAUS
& COMPANY, INCORPORATED