ROBERT V. PRONGAY (#270796)
KARA M. WOLKE (#241521)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

-and-

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs
and the proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Eventbrite, Inc. Securities Litigation | Master File No. 5:19-cv-02019-EJD |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** |
| | Thursday, March 26, 2020<br>9:00 a.m.<br>Hon. Edward J. Davila<br>San Jose Courthouse, Courtroom 1—5th Floor |
| This Document Relates To: All Actions | |

DECLARATION OF KARA M. WOLKE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS -- Case No. 5:19-cv-02019-EJD

I, Kara M. Wolke, declare as follows:

1.    I am an attorney licensed to practice law in the state of California and a partner with the law firm of Glancy Prongay & Murray LLP, co-lead counsel for lead plaintiffs and the proposed class in the above captioned action. I submit this declaration in support of Plaintiffs' Opposition to Motion to Dismiss. I have personal knowledge of the following and if called as a witness could and would testify competently thereto.

2.    Attached as **Exhibit A** is a true and correct copy of Andrew Dreskin's Executive Bonus Plan dated April 26, 2018, available at:

https://www.sec.gov/Archives/edgar/data/1475115/000119312518255960/d593770dex106.htm.

3.    Attached as **Exhibit B** is a true and correct copy of Andrew Dreskin's Executive Bonus Plan dated August 23, 2018, available at:

https://www.sec.gov/Archives/edgar/data/1475115/000119312518259351/d593770dex106.htm.

4.    Attached as **Exhibit C**, for the Court's convenience, is a redline comparison of Exhibit A and Exhibit B, generated using the "Compare" documents feature of Microsoft Word.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 31, 2020 in Los Angeles, California.

By:  */s/ Kara M. Wolke*          
Kara M. Wolke