## Appendix 1A – Chart of Challenged Statements

| No. | Date | Challenged Statement[1] | Alleged Basis for Falsity[2] |
|---|---|---|---|
| 1 | 09/20/18 | "Selectively Acquire Businesses Focused on Serving Creators. We have been successful leveraging our platform to make selective acquisitions that have contributed to creator and revenue growth. We accelerated our momentum through the acquisitions of ticketscript and Ticketfly. By finding like-minded teams who share a common ethos around serving creators, we can continue to expand and offer new capabilities to existing creators. The modularity and extensibility of our platform enables us to quickly integrate and migrate creators to the Eventbrite platform, allowing us to quickly deprecate the acquired technology and associated costs." (¶102; *see also* ¶175; Ex. A.) | "Eventbrite's platform's modularity and extensibility did not enable such quick integration and migration because ***Eventbrite's platform did not include, and could not be extended to include***, sufficient features to attract Ticketfly Customers, such as 24-7 Ticket Purchaser support, email integration, and fee expensing. Accordingly, the emphasized statements gave the misleading impression that the Ticketfly migration was successful, though it was not." (¶103) |
| 2 | 03/07/19 | "Selectively Acquire Businesses Focused on Serving Creators. We have been successful leveraging our platform to make selective acquisitions that have contributed to creator and revenue growth. We accelerated our momentum through the acquisitions of ticketscript, Ticketfly, Ticketea and Picatic. By finding like-minded teams who share a common ethos around serving creators, we can continue to expand and offer new capabilities to existing creators. The modularity and extensibility of our platform enables us to integrate and migrate creators to the Eventbrite platform, allowing us to quickly deprecate the acquired technology and associated costs." (¶190; Ex. F.) | "Eventbrite's platform's modularity and extensibility did not enable such quick integration and migration because ***Eventbrite's platform did not include, and could not be extended to include***, sufficient features to attract Ticketfly Customers, such as 24-7 Ticket Purchaser support, email integration, and fee expensing. Accordingly, the emphasized statements gave the misleading impression that the Ticketfly migration was successful, though it was not." (¶191) |

[1] Includes only the emphasized portions of statements. (*See* ¶103 (alleging the "emphasized statements" were misleading).)
[2] All emphasis is added.

| No. | Date | Challenged Statement[1] | Alleged Basis for Falsity[2] |
|---|---|---|---|
| 3 | 11/12/18 | "This solution helps music creators stay one step ahead of the technology curve by streamlining many important marketing and operations tools into a single platform, helping to provide clarity and control of their music. . . .We also offer enhanced marketing capabilities, streamlined checkout experience and mobile box office capabilities. . . . We believe the people at the heart of the independent music scene partner with Eventbrite because we support them, speak their language and help grow their business." (¶179; Ex. J.) | "Defendants' statements were misleading because: (a) Eventbrite Music's capabilities were actually a technological step back from what Ticketfly offered, in that Ticketfly provided customer support, email marketing capabilities, and fee breakdowns, among other things, *which Eventbrite's platform could not offe*r; (b) Eventbrite Music's marketing capabilities were not an enhancement over Ticketfly's because Ticketfly provided customer support, email marketing capabilities, and fee breakdowns, among other things, *which Eventbrite's platform could not offer*; and (c) independent music venues partnered with Eventbrite because they had contracts with Ticketfly and sought to leave Eventbrite's platform because it did not offer provide customer support, email marketing capabilities, and fee breakdowns, among other things, that had attracted customers to Ticketfly." (¶180.) |
| 4[3] | 11/12/18 | "This migration process has historically taken 12 to 24 months, over which the Eventbrite team engages with customers to support this process.  In general, we strive to retain the majority of net revenue while migrating customers in order to realize the important synergies of operating a single technical platform. Migration efforts have typically resulted in modest customer losses which tend to cluster around the time we deprecate the acquired platform." (¶181; Ex. J.) | "Defendants' statements were misleading because they were aware of information showing that Eventbrite was not suffering 'modest' customer losses. Instead, the Company was experiencing material customer losses because Ticketfly Customers had hired Ticketfly for the *features Ticketfly provided but Eventbrite could not*, including customer support, email marketing capabilities, and fee breakdowns, among other things."  (¶182.) |

---

[3] Includes portions of the challenged statement not emphasized in Complaint for context.

| No. | Date | Challenged Statement[1] | Alleged Basis for Falsity[2] |
|---|---|---|---|
| 5 | 11/12/18 | "And so where we see the great value of Eventbrite Music is that we've been able to utilize the extensibility of our platform and the modularity really to bring together an offering, a product offering that's focused on specifically venues so giving them expanded functionality to manage their box office, to manage their checkout experience, their marketing capabilities." (¶183; Ex. I.) | "Defendants' statements were misleading because Eventbrite Music did not provide and *could not be extended to offer* Ticketfly Customers the features that made them hire Ticketfly, including customer support, email marketing capabilities, and fee breakdowns, among other things." (¶184.) |
| 6[4] | 11/12/18 | "[T]here are really a few reasons that a creator will not migrate after an acquisition. The first, as you correctly inferred, is competitive activity. However, that's not the sum total. Some customer choose to in-source, some customer actually, in the period between acquisition and migration, may unfortunately go out of business. Others may be acquired by companies that have competitive ticketing platforms or that already have preexisting ticketing relationships and those may actually drive the decisions, not anything about the Eventbrite platform. So far, in our migration, we've seen a mix of them. There's no one overwhelming factor. We try to take them all into account when giving you and TheStreet guidance in order to give you the best sense of where we believe we'll land at the end of the quarter in terms of revenue." (¶185; Ex. I.) | "Defendant Befumo's answer misleadingly implied that Ticketfly customers chose not to migrate to Eventbrite because of pricing, in-sourcing, and customers going out of business or being acquired by companies with pre-existing relationships, when in truth the *overwhelming factor* in losses is that Ticketfly's customers were dissatisfied with Eventbrite's platform." (¶186.) |
| 7 | 03/07/19 | "Rather than deciding to operate the Ticketfly platform on its own, we made the decision to integrate Ticketfly onto the Eventbrite platform thus, delivering the full power of both to independent music venues and promoters." (¶188; Ex. G.) | "Defendants' statements were misleading because the Eventbrite platform did not extend to Ticketfly Customers the full power of Ticketfly, but instead retired the features that made them hire Eventbrite, including customer support, email marketing capabilities, and fee breakdowns, among other things." (¶189.) |

---

[4] Includes portions of the challenged statement not emphasized in Complaint for context.