ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Underwriter Defendants
GOLDMAN SACHS & CO. LLC, J.P. MORGAN
SECURITIES LLC, ALLEN & COMPANY LLC,
RBC CAPITAL MARKETS, LLC, SUNTRUST
ROBINSON HUMPHREY, INC., and STIFEL,
NICOLAUS & COMPANY, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Eventbrite, Inc. Securities Litigation | Case No. 5:19-cv-02019-EJD |
| | **UNDERWRITER DEFENDANTS' JOINDER TO EVENTBRITE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| This Document Relates to:  All Actions | Judge:  Edward J. Davila<br>Ctrm:  4-5th Floor<br>Date:  April 9, 2020<br>Time:  9:00 a.m. |

Defendants Goldman Sachs & Co. LLP, J.P. Morgan Securities LLC, Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc., and Stifel, Nicolaus & Company, Incorporated (the "Underwriter Defendants") respectfully join the Reply in Support of Eventbrite Defendants' Motion To Dismiss Plaintiffs' Amended Complaint (Dkt. No 53.)

As set forth in the Underwriter Defendants' Joinder to the Eventbrite Defendants' Motion to Dismiss, only Plaintiffs' First Claim—"Violation of Section 11 of the Securities Act"—is brought against the Underwriter Defendants.  (Dkt. No. 45)  That claim is based on a single allegedly false or misleading statement in the Registration Statement and fails as a matter of law. (*See* Dkt. No. 42 at 23-25.)

The Eventbrite Defendants' Reply shows that Plaintiffs' Opposition serves as a concession that the single challenged statement cannot form the basis for Section 11 liability. (Dkt. No. 53 at 18.)

The Reply further demonstrates why Plaintiffs' arguments under Item 303 fail to state a claim against any Defendant, including that Plaintiffs' argument ignores the risk factor's language explicitly disclosing the uncertainty that Plaintiffs allege was concealed:

> When we acquire companies or other businesses, *we face the risk that creators of the acquired companies or businesses may not migrate to our platform* or may choose to decrease their level of usage of our platform post migration. *We have previously experienced customer loss in the process of integrating and migrating acquired companies for a variety of reasons*. The pace and success rate of migration may be influenced by many factors, including the *pace and quality of product development, our ability to operationally support the migrating creators and our adoption of business practices outside of our platform that matter to the creator*.

(Dkt. No. 53, at 20.)

Because Plaintiffs' Section 11 allegations fail as a matter of law, no amendment could cure the deficiencies of the Amended Complaint, and the Underwriter Defendants respectfully request that the Court dismiss Plaintiffs' claim against them in its entirety and with prejudice.

UNDERWRITER DEFENDANTS' JOINDER IN REPLY I/S/O MOTION TO DISMISS AMENDED COMPLAINT
Case No. 5:19-cv-02019-EJD
sf-4200942

1

Dated:  March 3, 2020

ANNA ERICKSON WHITE
ROBERT L. CORTEZ WEBB
MORRISON & FOERSTER LLP


By:    /s/ *Anna Erickson White*
          ANNA ERICKSON WHITE

Attorneys for Underwriter Defendants
GOLDMAN SACHS & CO. LLC, J.P.
MORGAN SECURITIES LLC, ALLEN &
COMPANY LLC, RBC CAPITAL
MARKETS, LLC, SUNTRUST ROBINSON
HUMPREY, INC., and STIFEL, NICOLAUS
& COMPANY, INCORPORATED

UNDERWRITER DEFENDANTS' JOINDER IN REPLY I/S/O MOTION TO DISMISS AMENDED COMPLAINT
Case No. 5:19-cv-02019-EJD
sf-4200942

2