1  LIONEL Z. GLANCY (#134180)
      *lglancy@glancylaw.com*
2  KARA M. WOLKE (#241521)
      *kwolke@glancylaw.com*
3  **GLANCY PRONGAY & MURRAY LLP**
4  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
5  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
6
7  LAURENCE M. ROSEN (#219683)
      *lrosen@rosenlegal.com*
8  **THE ROSEN LAW FIRM, P.A.**
   355 South Grand Avenue, Suite 2450
9  Los Angeles, CA 90071
   Telephone: (213) 785-2610
10 Facsimile: (213) 226-4686
11
   *Co-Lead Counsel for Lead Plaintiff and Class*
12
                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| In re Eventbrite, Inc. Securities Litigation | Master File No. 5:19-cv-02019-EJD |
| | <u>CLASS ACTION</u> |
| | **JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| This Document Relates To: All Actions | |

21      Lead Plaintiff Michael Gomes, Melvin Pastores, and Mohit Uppal ("Plaintiffs"), Defendant

22 Eventbrite, Inc. ("Eventbrite"); Defendants Julia Hartz, Randy Befumo, Katherine August-

23 Dewilde, Roelof Botha, Andrew Dreskin, Kevin Hartz, Sean P. Moriarty, Lorrie M. Norrington,

24 Helen Riley, and Steffan C. Tomlinson (the "Individual Defendants," and together with

25 Eventbrite, "Eventbrite Defendants"); Defendants Goldman Sachs & Co. LLC, J.P. Morgan

26 Securities LLC, Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson

27 Humphrey, Inc., and Stifel, Nicolaus & Company, Incorporated (the "Underwriter Defendants",

28

and together with Eventbrite and the Individual Defendants, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on October 11, 2019, Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (Dkt. No. 40);

WHEREAS, on December 11, 2019, Eventbrite Defendants filed a Motion to Dismiss the Complaint (Dkt. No. 42), and Underwriter Defendants filed a Joinder thereto (Dkt. No. 45);

WHEREAS, on January 31, 2020, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss the Complaint (Dkt. No. 50);

WHEREAS, on March 3, 2020, Eventbrite Defendants filed a Reply in Support of their Motion to Dismiss the Complaint (Dkt. No. 53) and Underwriter Defendants filed a Joinder thereto (Dkt. No. 55);

WHEREAS, on April 28, 2020, the Court entered its Order granting Defendants' Motion to Dismiss the Complaint and providing Plaintiffs until June 24, 2020 to file a Second Amended Complaint (Dkt. No. 59);

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred and are amenable to extending the deadline for Plaintiffs to file a Second Amended Complaint from June 24, 2020, to August 10, 2020, subject to the Court's approval;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil L.R. 7-12, by and between  undersigned counsel for the parties, and subject to the Court's approval, that:

1.  Plaintiffs' deadline to file a Second Amended Complaint is extended from June 24, 2020, to August 10, 2020.

SO STIPULATED.

2

| | |
|---|---|
| Dated:  June 19, 2020 | **GLANCY PRONGAY & MURRAY LLP** |
| | By:  s/ Kara M. Wolke |
| | Lionel Z. Glancy |
| | Kara M. Wolke |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | Email: info@glancylaw.com |
| | |
| | **THE ROSEN FIRM, P.A.** |
| | Laurence M. Rosen |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Email: lrosen@rosenlegal.com |
| | |
| | *Co-Lead Counsel for Lead Plaintiff and the Class* |
| DATED: June 19, 2020 | **COOLEY LLP** |
| | |
| | By: /s/ Patrick E. Gibbs |
| | Patrick E. Gibbs |
| | Shannon M. Eagan |
| | Jeffrey D. Lombard |
| | Heather Speers |
| | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| | |
| | *Counsel for Defendants Eventbrite, Inc., Julia Hartz, Randy Befumo, Katherine August-deWilde, Roelof Botha, Andrew Dreskin, Kevin Hartz, Sean P. Moriarty, Lorrie M. Norrington, Helen Riley, and Steffan C.Tomlinson* |
| DATED: June 19, 2020 | **MORRISON FOERSTER LLP** |
| | |
| | By: /s/ Anna Erickson White |
| | Anna Erickson White |
| | Robert L. Cortez Webb |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| | Email: swang@mofo.com |

3

STIPULATION AND [PROPOSED] ORDER
Case No. 5:19-cv-02019-EJD

541393.1

1

2   *Attorneys for Defendants Goldman Sachs & Co.*
    *LLC; J.P. Morgan Securities LLC; Allen & Company*
3   *LLC; RBC Capital Markets, LLC; SunTrust Robinson*
    *Humphrey, Inc.; and Stifel, Nicolaus & Company,*
4   *Incorporated*

5   In accordance with Civil Local Rule 5-1(i)(3), all signatories concur in filing this Stipulation and

6   [Proposed] Order.

7   DATED: June 19, 2020                    */s/ Kara M. Wolke*
                                            Kara M. Wolke
8

9

10                                          **SO ORDERED:**

11

12  Dated _____June 22____, 2020

13                                          Hon. Edward J. Davila
                                            U.S. District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER
Case No. 5:19-cv-02019-EJD

541393.1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On June 19, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 19, 2020, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

541393.1