ROBERT V. PRONGAY (#270796)
KARA M. WOLKE (#241521)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

-and-

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*
*and the proposed Settlement Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE EVENTBRITE INC. SECURITIES LITIGATION | Master File No. 5:19-cv-02019-EJD |
| | **CLASS ACTION** |
| | **NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Hearing Date: October 29, 2020 |
| | Time: 9:00 a.m. |
| | Location: Courtroom 4—5th Floor |
| | Judge: Hon. Edward J. Davila |
| This Document Relates To: All Actions | |

Michael Gomes, Melvin Pastores, and Mohit Uppal ("Lead Plaintiffs" or the "Eventbrite Investor Group") and Named Plaintiff Bruce Bones (collectively, "Plaintiffs") submit this notice of non-opposition to their Motion for Preliminary Approval of Settlement, Dkt. #62 (the "Preliminary Approval Motion"). The Preliminary Approval Motion was filed on August 7, 2020. Thus, any opposition to the Preliminary Approval Motion was due August 21, 2020. To date, no opposition has been filed and, furthermore, Defendants' counsel have authorized Plaintiffs' counsel to represent that Defendants do not oppose the motion (Dkt. #62, at 9).

The Preliminary Approval Motion is therefore unopposed. As such, the Court should grant the motion so that notice of the settlement can be issued to class members and the settlement can proceed to the final approval stage, where the merits of the settlement will be weighed by the Court to determine whether the settlement is fair, reasonable, and adequate (the "Settlement Fairness Hearing").[1]

Dated: August 25, 2020

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Kara M. Wolke*
Robert V. Prongay
Kara M. Wolke
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

---

[1] As set forth in Plaintiffs' brief in support of the Preliminary Approval Motion, Plaintiffs respectfully request that the Court schedules a date for the Settlement Fairness Hearing to occur at least 120 days from entry of the order granting the Preliminary Approval Motion (Dkt. #62, at 23-24). This will allow sufficient time for notices to be disseminated to class members, and for class members to file any objections or requests for exclusions.

**THE ROSEN LAW FIRM, P.A.**
Jonathan Horne (pro hac vice)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jhorne@rosenlegal.com

*Co-Lead Counsel for Plaintiffs
and the proposed Settlement Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 25, 2020, I served true and correct copies of the foregoing document, by posting the document electronically top the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2020, at Los Angeles, California.


*s/ Kara M. Wolke*
Kara M. Wolke