ROBERT V. PRONGAY (#270796)
KARA M. WOLKE (#241521)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

-and-

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Eventbrite, Inc. Securities Litigation | Master File No. 5:19-cv-02019-EJD |
| | CLASS ACTION |
| | **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE AND ADJOURN HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| This Document Relates To: All Actions | |

DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO ADJOURN -- Case No. 5:19-cv-02019-EJD

I, Jonathan Horne, make this declaration pursuant to 28 U.S.C. 28 U.S.C. § 1746. I hereby state as follows:

1.    I am an attorney at The Rosen Law Firm, P.A., Co-Lead Counsel for Plaintiffs and the Class in the above-captioned action.  I have been admitted to this Court *pro hac vice*. I have personal knowledge of the facts stated herein and, if called as witness, I could and would testify competently hereto.

2.    I submit this Declaration in support of Plaintiffs' Opposition to Motion to Intervene and Adjourn Hearing on Motion for Preliminary Approval of Settlement.

3.    Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: The October 5, 2020 Stipulation and Order Extending Eventbrite's Deadline to Produce Privilege Log in the Superior Court of the State of California, County of San Mateo;

Exhibit 2:  The February 10, 2020 First Amended Consolidated Class Action Complaint in the Eventbrite, Inc. Securities Litigation pending in the Superior Court of the State of California, County of San Mateo;

Exhibit 3: The June 28, 2016 Order Denying Motion to Intervene in *Patrick Cotter v. Lyft, Inc.*, 3:13-cv-04065-VC;

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2020

*/s/ Jonathan Horne*
Jonathan Horne

DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO ADJOURN -- Case No. 5:19-cv-02019-EJD
1

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 8, 2020 I electronically filed the following **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE PLAINTIFFS' MOTION TO INTERVENE AND ADJOURN PRELIMINARY APPROVAL HEARING** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of that the foregoing in true and correct.

Executed on October 8, 2020

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO ADJOURN -- Case No. 5:19-cv-02019-EJD

2