# Exhibit 1

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
JEFFREY D. LOMBARD (285371) (jlombard@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
HEATHER SPEERS (305380) (hspeers@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
EVENTBRITE, INC., JULIA HARTZ, KEVIN HARTZ,
RANDY BEFUMO, SAMANTHA HARNETT,
KATHERINE AUGUST-DEWILDE, ROELOF BOTHA,
ANDREW DRESKIN, SEAN P. MORIARTY, LORRIE M.
NORRINGTON, HELEN RILEY, and STEFFAN C.
TOMLINSON

*[Additional counsel listed on signature page]*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| IN RE EVENTBRITE, INC. SECURITIES LITIGATION | Lead Case No. 19CIV02798 |
| This Document Relates To: | Class Action |
| ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND EVENTBRITE'S DEADLINE TO PRODUCE PRIVILEGE LOG** |
| | Dept:   2 |
| | Judge:   Hon. Marie S. Weiner |

1.

FILED
SAN MATEO COUNTY

OCT 0 5 2020

Clerk of the Superior Court
By _____
DEPUTY CLERK

RECEIVED
SAN MATEO COUNTY
OCT - 2 2020
Clerk of the Superior Court

WHEREAS, on September 23, 2020, the Court issued Case Management Order #10 ("CMC#10"), which stated in relevant part:

> On or before **October 16, 2020**, Defendant Eventbrite shall produce all emails and related e-documents found from the electronic word search of the email documents of the five or six "custodians" identified in the Stipulated ESI Protocol Order (for the stipulated time period stated herein), other than documents withheld on the basis of attorney-client privilege, as identified on the e-search summary attached hereto as Exhibit B, *except for* Search ID #9 with over 30,000 "hits" and except for the Search #15 in order with over 40,000 "hits." As to those two excluded responses, the parties are ordered to further meet and confer to see whether the search can be narrowed to yield a more reason number of targeted emails. Any documents withheld on the basis of attorney-client privilege shall be set forth in a Privilege Log to be produced on or before **October 16, 2020.**

WHEREAS, on September 28, 2020, Plaintiffs provided proposed modifications to the two excluded search strings in CMC#10;

WHEREAS, on September 30, 2020, Plaintiffs' counsel and Eventbrite's counsel met and conferred regarding, among other things, the timing for Eventbrite to produce the documents and privilege log contemplated in CMC#10; and

WHEREAS, following the meet-and-confer, the parties have agreed to extend from October 16, 2020, to October 30, 2020, Eventbrite's deadline to produce the privilege log for the documents contemplated in CMC#10 and to defer discussions regarding the two modified search strings until after the October 16, 2020 production required under CMO#10 (but before the Case Management Conference set for November 4, 2020);

NOW, THEREFORE, Plaintiffs and Eventbrite, through their respective counsel, agree and stipulate as follows, subject to the Court's approval:

1. On or before October 16, 2020, Eventbrite shall produce the documents contemplated in CMC#10, and thereafter will meet and confer with Plaintiffs prior to the November 4, 2020 case management conference regarding the scope and timing for production of the two modified search strings and corresponding privilege log; and

2. On or before October 30, 2020, Eventbrite shall produce the privilege log for the documents contemplated in CMC#10, along with any documents that, during the course of

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

preparing the privilege log, Eventbrite determines should not have been withheld in full on the basis of privilege.

**IT IS SO STIPULATED.**

Dated:    October 2, 2020

COOLEY LLP
PATRICK E. GIBBS (183174)
SHANNON M. EAGAN (212830)
JEFFREY D. LOMBARD (285371)
HEATHER SPEERS (305380)

By:    _/s/ Patrick E. Gibbs_
                  PATRICK E. GIBBS

_Attorneys for Eventbrite Defendants_

Dated:    October 2, 2020

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR. (175783)
YURY A. KOLESNIKOV (271173)

By:    _/s/ Yury A. Kolesnikov_
                  YURY A. KOLESNIKOV

COTCHETT, PITRE & MCCARTHY, LLP
MARK C. MOLUMPHY (168009)
TYSON C. REDENBARGER (294492)
ELLE LEWIS (238329)

_Co-Lead Counsel for Plaintiffs_

\*       \*       \*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

DATED:    **10/5/20**

_____
HONORABLE MARIE S. WEINER
JUDGE OF THE SUPERIOR COURT