**COTCHETT, PITRE & MCCARTHY LLP**
MARK C. MOLUMPHY (SBN 168009)
TYSON C. REDENBARGER (SBN 294492)
ELLE LEWIS (SBN 238329)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577
E-mail:        mmolumphy@cpmlegal.com
              tredenbarger@cpmlegal.com
              elewis@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)
YURY A. KOLESNIKOV (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:    (858) 914-2001
Facsimile:    (858) 914-2002
E-mail:        fbottini@bottinilaw.com
              ykolesnikov@bottinilaw.com

*Counsel for Proposed Intervenors and*
*California State Court Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE EVENTBRITE INC. SECURITIES LITIGATION | Master File No. 5:19-cv-02019-EJD |
| | <u>Class Action</u> |
| This Document Relates To: All Actions | **DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF CALIFORNIA STATE COURT PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO INTERVENE AND TO CONTINUE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| | Date:        October 29, 2020 |
| | Time:        9:00 a.m. |
| | Courtroom:    4, 5th Floor |
| | Judge:       Hon. Edward J. Davila |

Decl. of Mark C. Molumphy iso Reply iso Motion to Intervene and to Continue Hearing
Master File No. 5:19-cv-02019-EJD

I, Mark C. Molumphy, declare as follows:

1.    I am an attorney duly admitted to practice before all courts of the State of California.  I am a partner with Cotchett, Pitre & McCarthy, LLP, ("CPM"), Co-Lead Counsel for plaintiffs and a proposed class ("State Court Plaintiffs") in the related state-court action, *In re Eventbrite, Inc. Securities Litigation*, Lead Case No. 19CIV02798 (San Mateo County Super. Ct.) ("State Case").  The State Case is assigned for all purposes to the Honorable Marie S. Weiner.  This Declaration is based upon my personal knowledge and if called to testify, I could and would do so competently as to the matters set forth herein.

2.    State Court Plaintiffs do <u>not</u> move to intervene to object to the proposed settlement negotiated by the Federal Parties without our knowledge or involvement.  Rather, State Court Plaintiffs move to intervene to continue the October 29, 2020 hearing scheduled by the Federal Plaintiffs to consider a motion for preliminary approval of their settlement.  Good cause exists for intervention and a short continuance.  The Court (at the preliminary approval stage) and Class members (at the notice, objection, and opt-out stages) should know whether valuable claims pursued in the State Case have survived pleading challenges and are moving forward.  Moreover, there is no prejudice to the Federal Parties from a short delay, and no prejudice was identified in opposition papers.

3.    Given the State Court's current schedule, we estimate that pleading motions will be resolved in approximately **90 days**, or by **January 2021**.  This estimate is based on the following facts.

4.    First, as noted in my prior declaration, Judge Weiner recently issued Case Management Order #10 rejecting the State Defendants' request to stay the State Case based on the settlement reached by the Federal Parties.  Judge Weiner ordered Defendants to **expedite** their production of records that had been requested by my firm, and withheld, for months.  *See* previously submitted Case Management Order #10 at Dkt. 65-1, ¶12, Ex. 3.  Production is expected to be completed in October 2020.

1

Decl. of Mark C. Molumphy iso Reply iso Motion to Intervene and to Continue Hearing
Master File No. 5:19-cv-02019-EJD

5.      Second, State Court Defendants Sequoia[1] and Tiger[2] produced nearly 1,000 documents on October 6, 2020, and Eventbrite is required to produce internal emails by October 16, 2020.   Based on documents already reviewed, State Court Plaintiffs intend to amend their complaint.

6.      Third, on November 4, 2020, Judge Weiner will hold a Case Management Conference to discuss (1) the deadline for State Court Plaintiffs to file their amended complaint and (2) the anticipated demurrer briefing schedule.  Assuming Eventbrite complies with Judge Weiner's order and produces all emails by October 16, 2020, State Court Plaintiffs will propose the following schedule:

**November 6, 2020**:  File amended complaint

**December 7, 2020:**  Demurrer deadline

**December 30, 2020**:  Hearing on any demurrer

7.      While the State Defendants may request or the Court may set a longer schedule, we anticipate that any motions challenging the pleadings in the State Case will be resolved no later than January 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 15th day of October at Burlingame, California.

/s/ Mark C. Molumphy
MARK C. MOLUMPHY

---

[1] "Sequoia" collectively refers to State Defendants Sequoia Capital U.S. Venture 2010 Fund, L.P., Sequoia Capital U.S. Venture 2010 Partners Fund, L.P., Sequoia Capital U.S. Venture 2010 Partners Fund (Q), L.P., and SC US (TTGP), Ltd.

[2] "Tiger" collectively refers to State Defendants Tiger Global Private Investment Partners VI, L.P., Tiger Global Private Investment Partners VII, L.P., and Tiger Global Management, LLC

2

Decl. of Mark C. Molumphy iso Reply iso Motion to Intervene and to Continue Hearing
Master File No. 5:19-cv-02019-EJD