UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL GOMES, et al.,

    Plaintiffs,

v.

EVENTBRITE, INC., et al.,

    Defendants.

Case No. 5:19-cv-02019-EJD

**ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Re: Dkt. No. 62

The Court has reviewed the parties' status report (ECF 73) and the intervenors' separate status report (ECF 74). Plaintiffs' motion for preliminary approval of class action settlement (ECF 62) is DENIED without prejudice to renew the motion after the state court issues a ruling on state court plaintiffs' motion for class certification in *In re EventBrite, Inc. Shareholder Litig.*, No. 19civ2798, pending in San Mateo County Superior Court.

**IT IS SO ORDERED.**

Dated: January 22, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-02019-EJD

1