LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
KARA M. WOLKE (#241521)
  kwolke@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAURENCE M. ROSEN (#219683)
  lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4686

*Co-Lead Counsel for Lead Plaintiff and Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re Eventbrite, Inc. Securities Litigation | Master File No. 5:19-cv-02019-EJD |
|---|---|
| | <u>CLASS ACTION</u> |
| | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AND ENTERING JUDGMENT** |
| This Document Relates To: All Actions | |

Lead Plaintiffs, Michael Gomes, Melvin Pastores, and Mohit Uppal, and Bruce Bones (collectively, "Plaintiffs"), Defendant Eventbrite, Inc. ("Eventbrite"); Defendants Julia Hartz, Randy Befumo, Katherine August-Dewilde, Roelof Botha, Andrew Dreskin, Kevin Hartz, Sean P. Moriarty, Lorrie M. Norrington, Helen Riley, and Steffan C. Tomlinson (the "Individual Defendants," and together with Eventbrite, "Eventbrite Defendants"); Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc. (now known as Truist Securities, Inc.), and Stifel, Nicolaus & Company, Incorporated (the "Underwriter Defendants", and together with Eventbrite and the Individual Defendants, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on October 11, 2019, Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (Dkt. No. 40);

WHEREAS, the Complaint alleged claims against Defendants under both the Securities Act of 1933 and the Securities Exchange Act of 1934 on behalf of persons and entities that: a) purchased or otherwise acquired Eventbrite securities pursuant or traceable to Eventbrite's registration statement and prospectus issued in connection with the Eventbrite's September 2018 initial public offering; or b) purchased or otherwise acquired Eventbrite securities between September 20, 2018 and May 1, 2019, inclusive (the "Putative Class");

WHEREAS, on December 11, 2019, Eventbrite Defendants filed a Motion to Dismiss the Complaint (Dkt. No. 42), and Underwriter Defendants filed a Joinder thereto (Dkt. No. 45);

WHEREAS, on April 28, 2020, the Court entered its Order granting Defendants' Motion to Dismiss the Complaint and providing Plaintiffs until June 24, 2020 to file a Second Amended Complaint (Dkt. No. 59);

WHEREAS, on June 19, 2020, the Court extended Plaintiffs' deadline to file an amended complaint from June 24, 2020, to August 10, 2020 (Dkt. No. 60);

WHEREAS, on August 7, 2020, Plaintiffs filed a motion for preliminary approval of settlement (Dkt. No. 62);

WHEREAS, following a motion to intervene by the plaintiffs in the State Court Action,[1] on January 22, 2021, the Court denied Plaintiffs' motion for preliminary approval of settlement (Dkt. Nos. 72, 76);

WHEREAS, on October 26, 2021, the parties to the State Court Action entered into a Stipulation and Agreement of Settlement (the "Settlement Agreement"), which was provided to the Court on November 15, 2021 (Dkt. No. 78-1)[2];

WHEREAS, on November 5, 2021, the court in the State Court Action held a preliminary approval hearing and issued an Order Preliminarily Approving Settlement and Providing for Notice, which was provided to the Court on November 15, 2021 (Dkt. No. 78-2);

WHEREAS, on June 10, 2022, the court in the State Court Action held a final settlement approval hearing and issued a Judgment and Order Granting Final Approval of Class Action Settlement ("State Court Judgment"). A copy of the State Court Judgment is attached hereto as **Exhibit A**;

WHEREAS, Plaintiffs in this Action did not request exclusion from the State Court Action settlement and, thus, by operation of the State Court Judgment, Plaintiffs have "fully, finally, and forever released, relinquished, and discharged all Released Claims against" Defendants, "are bound by the terms and conditions" of the Settlement Agreement, and are "barred and enjoined from instituting, commencing, maintaining, or prosecuting in any court or tribunal any of the Released Claims against" Defendants (Exhibit A at 3-4);

---

[1] The "State Court Action" refers to *In re Eventbrite, Inc. Securities Litigation*, Lead Case No. 19CIV02798, pending in the Superior Court of California, San Mateo County, against Eventbrite Defendants, Underwriter Defendants, and Sequoia Capital, which is not a party in this Action.

[2] The "Class" is defined in the Settlement Agreement as "all persons and entities who purchased or otherwise acquired Class A common shares of Eventbrite between September 20, 2018, and May 24, 2019, inclusive," subject to certain exceptions. (Dkt. No. 78-1 at 6.) The Settlement Agreement releases all claims against the Class that "(i) arise out of, are based upon, or relate to in any way to any of the allegations, acts, transactions, facts, events, matters, occurrences, representations, or omissions which were or could have been alleged in the [State Court Action] or the Federal Action, and (ii) arise out of, are based upon, or relate to in any way to the purchase, acquisition, holding, sale, or disposition of Eventbrite Class A common stock between September 20, 2018 and May 24, 2019, inclusive." (Dkt. No. 78-1 at 9.)

WHEREAS, as previously represented to the Court (Dkt. No. 78 at 3), as a result of the State Court Judgment, Plaintiffs and the other members of the Putative Class who did not opt-out of the State Court Action settlement[3] no longer have standing to pursue claims in this Action;

WHEREAS, Plaintiffs, on behalf of themselves and on behalf of those members of the Putative Class who did not opt out of the State Court Action settlement, have agreed to dismiss the claims in this Action against Defendants with prejudice;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(2), by and between the undersigned counsel on behalf of the parties, and subject to the Court's approval, that:

1.  Plaintiffs individual claims in this Action are dismissed with prejudice.

2.  The claims asserted by Plaintiffs on behalf of the Putative Class (with the exception of those brought on behalf of Gregory M. Domsic, Susan Harrison, and Chee Pang, who opted out of the State Court Action settlement) are dismissed with prejudice.

3.  The status conference set for August 11, 2022, is taken off calendar.

4.  Judgment is entered closing this Action.

SO STIPULATED.

Dated:  June 24, 2022                    **GLANCY PRONGAY & MURRAY LLP**

By:  */s/Kara M. Wolke*
Lionel Z. Glancy
Kara M. Wolke
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

---

[3] The members of the Putative Class who opted out of the State Court Action settlement were Gregory M. Domsic, Susan Harrison, and Chee Pang.  (Exhibit A at 6.)

**THE ROSEN FIRM, P.A.**
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiff and the Class*

DATED: June 24, 2022

**COOLEY LLP**

By: */s/ Patrick E. Gibbs*
Patrick E. Gibbs
Shannon M. Eagan
Jeffrey D. Lombard
Heather Speers
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Counsel for Defendants Eventbrite, Inc., Julia Hartz, Randy Befumo, Katherine August-deWilde, Roelof Botha, Andrew Dreskin, Kevin Hartz, Sean P. Moriarty, Lorrie M. Norrington, Helen Riley, and Steffan C.Tomlinson*

DATED: June 24, 2022

**MORRISON FOERSTER LLP**

By: /s/ *Anna Erickson White*
Anna Erickson White
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: awhite@mofo.com

*Attorneys for Defendants Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Allen & Company LLC; RBC Capital Markets, LLC; SunTrust Robinson Humphrey, Inc. (now known as Truist Securities, Inc.); and Stifel, Nicolaus & Company, Incorporated*

\*     \*     \*

4

In accordance with Civil Local Rule 5-1(h)(3), all signatories concur in filing this Stipulation and [Proposed] Order.

DATED: June 24, 2022
        */s/ Kara M. Wolke*
        Kara M. Wolke

**SO ORDERED:**

Dated _____, 2022
        _____
        Hon. Edward J. Davila
        U.S. District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 5:19-cv-02019-EJD

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 24, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2022, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke